

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Joshua Jordan Coonradt
Rhonda Eunice Schoeszler
vs.
Trooper Mihai Strogoteanu
Allens Towing
MAPLE GROVE PD – LYONS JSB661

Plaintiff(s),

Case No. 24-cv-2119 (KMM/DLM)
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL & Trial By Jury
YES _x_   NO __

Defendant(s).

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional sheets if necessary.)

## COMPLAINT

### PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

    a. Plaintiffs

    | | |
    |---|---|
    | Name | Rhonda Eunice Schoeszler & Joshua Jordan Coonradt |
    | Street Address | In Care Of 735: Atwood Street South |
    | County, City | Scott, Shakopee |
    | State & Zip Code | Minnesota U.S.A. [55379] |
    | Telephone Number | 7013889067 |

2. List all defendants. You should state the full name of the defendant, even if that defendant is

a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

    Name                  Trooper Mihai Strogoteanu

    Street Address       445 Minnesota Street

    County, City         St Paul

    State & Zip Code   Minnesota 55101

b. Defendant No. 2

    Name                  Allens Towing

    Street Address       7215 w 128th St

    County, City         Savage

    State & Zip Code   MINNESOTA, 55378

c. Defendant No. 2

    Name  MAPLE GROVE PD – LYONS JSB661

    Street Address       12800 Arbor Lakes Parkway

    County, City         Maple Grove

    State & Zip Code   MINNESOTA, 55369

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    x Federal Question        x Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply. Multiple Constitution Violations. 18 USC 241/242/112/654/878/872/970/1581/1341/1342 Violations among many others. Forced to identify as a LEGAL PERSON/ARTIFICIAL. It is my God given right to exist as a woman, correct? I am a native to the states = North Dakotan = a national = I am a woman who lives by the Common Law which is my God given right.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name: Rhonda Eunice Schoeszler        State of Citizenship:Minnesota U.S.A.

    Defendant No. 1:Trooper Mihai Strogototeanu    State of Citizenship: MINNESOTA U.S.

    Defendant No. 2:Allens Towing                  State of Citizenship: MINNESOTA U.S.

    Defendant No. 3. MAPLE GROVE PD – LYONS - JSB661  State of Citizenship: MINNESOTA U.S.

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.**

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    x Defendant(s) reside in Minnesota    x Facts alleged below primarily occurred in Minnesota

    x Other: explain
I, Rhonda-Eunice:Schoeszler am a DECLARED American State National/national of the United States in a geographical sense/the IRS calls us a non-citizen national(8 USC

3

1101(a)(22)(b)/1401(a)). I am NOT a U.S. CITIZEN/PERSON. I have all proper documentation in public record to prove my claim. When you run my passport "DO NOT DETAIN" pops up. I am Federally Protected. I only make fact based claims not COMPLAINTS.
https://www.law.cornell.edu/cfr/text/22/51.40 - **§ 51.40 Burden of proof.**
The applicant has the burden of proving that he or she is a U.S. citizen or non-citizen national.

22 CFR 51.2 - § 51.2 Passport issued to nationals only. (a) A passport may be issued only to a U.S. national. A national is NOT a CITIZEN. I am the Land = Native to the states not STATE.

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. 5/24/2024 I was Traveling back from the mall. Trooper Mihai(man) pulled me over around 3pm due to my PRIVATE plates(he confiscated = Stole Property) that read FOR NON COMMERCIAL USE ONLY/NOT OPERATING IN A COMMERCIAL CAPACITY(Exhibit Attached) . I started recording the interaction/assault/kidnapping(Video/Exhibit Attached in USB form). During this molestation, illegal, unlawful, unconstitutional stop, I find out there's a warrant out for the ARTIFICIAL LEGAL PERSON(DEAD ENTITY) – RHONDA EUNICE SCHOESZLER from a case that's currently pending and I have a Federal Lawsuit against the people in that case as it's also about Traveling & Obeying the Law Of The Land(Schoeszler v Nettell/Draper / STATE CASE#27-VB-23-285478). I was ripped from my car, put in Torture Cuffs. I was yelling for them to read me my rights and show the warrant… THEY-NEVER-DID( it's all on video)then put me in a jail cell for 12 hours, no food, no water, touched and scanned, violated then FORCED to pay $1000 cash to get out. This is Extortion

& a Mafia tyle gang. This is pure terrorism, kidnapping and slavery for obeying the Law Of The Land & not De Facto Government Service Corporation Employees(man/woman)

8. No one would run my passport which indicates I am on a 'DO NOT DETAIN/RESTRICTED" list(EVERYTHING is on video) I gave them warning, NOTICE of Liability and tried to show them documents in my Travel Binder, the Trooper Refused.

9. I sent the courts(HENNEPIN COUNTY/Andrew Draper)weeks ago a 10day SELF EXECUTING CONTRACT DEMANDING to show/prove STANDING, CAUSE OF ACTION AND JURISDICTION… Draper/the courts never replied so I assumed the case/ticket was over… instead Andrew Draper(DA)/The Court Employees put out a warrant/greenlight for a random man or woman to possibly kill me, endangering my life because I travel in my private property causing no loss, injury or harm obeying the Law Of The Land.

10. This has turned into a Domestic Terrorism, Human Trafficking, Organized Crime, Racketeering, Rico, Involuntary Slavery/Servitude, Peonage, Personage, IDENTITY THEFT and Treason case. Multiple MINNESOTA STATE Employees have put my life in danger claiming it's their job to do it because I travel & live a private life as a woman.

11. It is my right to interact/contract or not contract with CORPORATIONS and their Employees. When FORCED to contract & IDENTIFY as a 14th AMENDMENT U.S. PERSON/CORPORATION/ARTIFICIAL = Involuntary Slavery/Servitude to CORPORATIONS(DUNS# proves this claim)and the Employees.

12. Allens Towing stole my Private Property(Grand Theft Auto) with the Trooper. I called Allens Towing on the 25th Demanding they give it back or they'll be sued for $3,250,000 in accordance with my UCC Lien. They refused, said "we're not releasing it until you have

5

plates, registration and insurance Trooper and Policy Order". I have no contract with this company or employees on the public or private side that gives them jurisdiction over my property or life. They(those involved) stole Private Property with another man who was militarized, has a gun, tazer, and mace + vest on who ACTS as a TROOPER who's a man named Mihai Strogoteanu who called in other squad cars for help(get their names).

13. The COMPLAINT/CITATION(Exhibit Attached) is pure FRAUD. He/the Trooper has multiple boxes unchecked, it's unsigned and being returned REFUSED FOR CAUSE. NO CONSENT TO CONTRACT. NO CONSENT TO THE PROCEEDINGS. The man used wrong/fraudulent information on the ticket, he needs to be fired and a danger to the public. He violated his Oath and my Constitutional/God given rights to exist as a woman on the land.

14. https://thelawdictionary.org/driver/ - DRIVER Definition & Legal Meaning

Definition & Citations:

One employed in conducting a coach, carriage, wagon, or other vehicle, with horses, mules, or other animals, or a bicycle, tricycle, or motor car, though not a street railroad car. See Davis v. Petrinovich, 112 Ala. 654, 21 South. 344, 36 L. R. A.615; Gen. St. Conn. 1902,

TLD Example: The law required every driver operating a motor vehicle on the public streets and roadways to obtain a state-issued license before doing so.

15. https://www.law.cornell.edu/uscode/text/18/31 - 18 USC 31 – DEFINITIONS - (6)MOTOR VEHICLE.— The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo. (10)USED FOR COMMERCIAL PURPOSES.— The term "used for commercial purposes" means the carriage of

persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking intended for profit.

16. 41 CFR 302-9.1 § 302-9.1 What is a "privately owned vehicle (POV)"? A "privately owned vehicle (POV)" is a motor vehicle not owned by the Government and used by the employee or the employee's immediate family for the primary purpose of providing personal transportation.

17. I am going to get killed by untrained, corrupt men/women/man/woman who ACT as a ATTORNEY, JUDGE, TROOPER, POLICE, SHERIFF, AGENT, etc.(ARTIFICIAL PERSON), because I Obey the Law Of The Land and not ACTING in the capacity as a DRIVER/ARTIFICIAL 24/7. I do not get paid to TRAVEL in my Private Property = FACT. Some man or woman needs to prove I was DRIVING or they have no case, simple.

18. Service Corporation Employees get a public/private capacity but, a REAL, DECLARED American State National/living woman or man does not? We have to pretend we work 24/7?

19. Who is the man or woman that's going to stand across from me in open court, sworn under Oath and Affirmation and claim that my claims are not true? There MUST-BE-A-BODY making claims. COUNTY OF, STATE OF, CITY OF cannot talk as they're ARTIFICIAL.

20. MAPLE GROVE PD – LYONS JSB661 has created BONDS & DEBT using information without Right, Consent or Contract and Forced to pay it = a Direct Violation of 18 USC 494/654 = Debt Slave & Bill Of Attainder.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:**
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST/REQUIREMENT FOR RELIEF AND COURT ORDER

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

A SUMMARY JUDGMENT in my favor. The Business STATE OF MINNESOTA/State Of Minnesota is DEMANDED/ORDERED to compensate me $50,000,000 for this absolute continual Debt Slave torture and depriving me of my God given right to even exist as a living woman on this land on the state known as Minnesota. Trooper MIHAI STROGOTEANU is a STATE TROOPER. The STATE is liable for its employees.

2. ALL involved with all cases/Tickets/Bill Of Attainder pertaining to this new one and the warrant need to be FIRED IMMEDIATELY. They are threat to man & woman/society using Color Of Law to steal private property & literally Trafficked(Human Trafficking) me via an ARTIFICIAL LEGAL PERSON(DRIVER LICENSE/RHONDA EUNICE SCHEOSZLER) to extort me, a Lawful woman for money while they get paid. The LEGAL PERSON created for my Benefit is no longer a Benefit but, a DANGER to my life at this point.

3. $3,250,000 from Allens Towing for stealing & holding hostage Private Property which they refused to release when called. They were warned. If they can't prove/show the contract with me, they have no case/STANDING to argue. My car is not theirs, any man or woman's that works there or the Troopers or property of THE STATE. It is unregistered, no tabs for a reason & it's my right to take it back without paying them anything. WAS FORCED to register/tab my car(Exhibit Attached)

4. I DEMAND paperwork from this court/STATE I can carry with me when I travel that I can give to a SHERIFF, POLICE, TROOPER or AGENT indicating the FACT, it is FACT I can travel and DO NOT TAKE MY PROPERTY unless there's Due Process or I cause Loss, Injury or Harm towards another man or woman. If they steal property, it's going to cost them $3,250,000. If they FORCE me to IDENTIFY/ACT as a ARTIFICIAL LEGAL PERSON it is a

$10,000,000 fee/charge for my services.

5. A complete record DISCHARGE/EXPUNGEMENT with ALL my Information deleted from the DMV database & all databases that make a man or woman think they can create debt, force me to pay it using Color Of Law/their JOB without Right, Consent or Contract.

6. $10,000,000 from MAPLE GROVE PD - LYONS JSB661 for creating a bond/debt fraudulently, without right, consent or contract = a direct 18 USC 494/654 Violation.

**Not one man or woman has a fact based claim against me. I caused no Loss, Injury or Harm & never will. There is no CRIME. ALL involved have filed false claims of crime into the courts.**

Date: 6/1/2024

All Rights reserved, Without Prejudice

Signature of Plaintiffs(claimants)   *Rhonda - E: Schuesler*

*Joshua - Y: Conrad*

Mailing Address   In Care Of: 735 Atwood Street South

Shakopee, Minnesota U.S.A. [55379]

Telephone Number   7013889067

Note: I am a living woman. I am not an infant or minor. I only make fact based claims with proof and evidence. I make no complaints. I am not a LEGAL PERSON or a 14TH AMENDMENT U.S. PERSON/CITIZEN with proper Documentation to prove my claim. This is a 42 USC 1983 Lawsuit and Tort Claim. CRIMINAL and CIVIL.
The wrongdoers have trespassed against me in every way possible, stole my property, life & liberty under Color Of Law. ONLY man or woman can make claims. Compensation required.

https://thebridgelifeinthemix.info/wp-content/uploads/2018/11/Chicago-Manuel-of-Styles-16th-Edition-GLOSSES.pdf
Full text on definition of GLOSSES from the Chicago Manuel of Styles 16th Edition 11.147

GLOSSES IN ASL The written-language transcription of a sign is called a gloss. Glosses are words from the spoken language written in small capital letters: WOMAN , SCHOOL , CAT . (Alternatively, regular capital letters may be used.) When two or more written words are used to gloss a single sign, the glosses are separated by hyphens. The translation is enclosed in double quotation marks. The sign for "a car drove by" is written as VEHICLE -DRIVE -BY . One obvious limitation of the use of glosses from the spoken/written language to represent signs is that there is no one-to-one correspondence between the words or signs in any two languages.
I have the 17th Edition book – page 665/666 = LANGUAGES OTHER THAN ENGLISH – ASL/GLOSSES

JANE DOE SMITH does not mean or read Jane Doe Smith = Grammatical Deception.

Legalese which reads = (lee-ge-leez). 1914 The peculiar language of lawyers; esp., the speech and writing of lawyers at their communicative worst, characterized by antique jargon, pomposity, affected displays of precision, ponderous abstractions, and Hocus-Pocus incantations. – Also termed(more neutrally) law-talk; law language, legal jargon, legal argot, . See PLAIN-LANGUAGE MOVEMENT;LEGALDYGOOK. Cf. OFFICIALESE.
New OXFORD CONCISE DICTIONARY OF LINGUISTICS – Hocus-Pocus –
Coined by Fred W Householder in 1952 in reference to linguists who did not ascribe any reality to the units, categories, etc. that they established as opposed to 'Gods Truth' Linguists who did.

Opposite of Gods Truth would be satanic babble which is for the dead = Corpus Juris = ARTIFICIAL LEGAL PERSON - What is legal is of "form", what is lawful is of "substance" (Blacks Law 1st Edition).
That which is legal has been formed by man. A legal entity has been formed by man.
That which is lawful is of substance/essence and is a creation of God. A lawful man is of substance/essence. = 14TH AMENDMENT U.S. CITIZEN/PERSON/CORPORATION – I, a woman am a state citizen/national, the 2nd class the 14th speaks of.

Natural Person: Any human being who as such is a legal entity ….. (Amon v. Moreschi, 296 N.Y. 395, 73 N.E.2d 716." Max Radin, Radin's Law Dictionary (1955), p. 216).

What is legal is of "form"… therefore a "legal entity" is an entity of form.
Since "any human being who as such is a legal entity", a human being is of form as well. – I am a Lawful woman – Rhonda Eunice Schoeszler.

Human. Of the form and characteristics of man. (From Ballentine's Legal Dictionary 3rd Edition).
Form. The antithesis of substance; the appearance or superficial aspect rather than the substance or the essence. (Ballentine's Legal Dictionary 3rd Edition).

Natural Person = human being = legal entity
natural person = lawful woman = God's Truth.

Legal entities are a conception of man; they are known in legalese as legal fictions.

The creation of a civil or legal person out of a thing, the investure of a chattel with toga civillis, may be an achievement of the imperial power, but it is beyond the compass of an American congress. Congress must first emancipate the slave, before it can endow him with the rights of a citizen under the constitution, or impose upon him the responsibilities of a legal person, or compel him to pay money, or part with liberty. United States v. Amy, 24 Fed.Cas.792, 794 #14,445 (1859).

The creation of a legal person also creates responsibilities and liabilities for this new legal person... responsibilities and liabilities due to a nation/country, which is also a legal entity.

Legal is defined as "the "undoing of God's law" (1893 Dictionary of Arts and Sciences, Encyclopedia Britannica, a dictionary of arts, sciences and general literature / The R.S Peale 9th 1893).

--James 4:12 There is one lawgiver, who can save and destroy: who art thou that judgest another.
--Ecclesiastes 1:15 That which is crooked cannot be made straight: and that which is wanting cannot be numbered.

A fiction and a lie can never be a reality and a truth. That which is empty cannot be measured or counted. A legal entity (human being) is of form, "the antithesis of substance" and therefore wanting (empty), and cannot be counted.

Luke 11:52

King James Version

[52] Woe unto you, lawyers! for ye have taken away the key of knowledge: ye entered not in yourselves, and them that were entering in ye hindered.


ATTACHED EXHIBITS 100% Prove Grammatical Deception = FRAUD

No man or woman can ever claim or prove that I, a woman am a LEGAL ARTIFICIAL PERSON/14[TH] AMENDMENT U.S. CITIZEN/CORPORATION.

FORCING me to Identify/ACT as a LEGAL PERSON without Right, Consent or Contract will result in a $10,000,000 – 42 USC 1983 Lawsuit against the man/woman involved, agency and STATE they work for.