Hagen Lawn & Landscape, LLC
10000 Great Plains Blvd
Chaska, MN 55318

24-cv-2119 (KMM/DLM)



Rhonda E Schoeszler
735 Atwood Street South
Shakopee, MN 55379

Direct Deposit

---

| Employee Pay Stub | Check number: | | | Pay Period: 05/13/2024 - 05/26/2024 | | Pay Date: 05/30/2024 |
|---|---|---|---|---|---|---|

| **Employee** | | | | **SSN** | | |
|---|---|---|---|---|---|---|
| Rhonda E Schoeszler, 735 Atwood Street South, Shakopee, MN 55379 | | | | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Hourly TMS Maint/Fine Garde... | 76:37 | 22.00 | 1,685.57 | 6,918.29 | Checking - ******1337 | | | | 1,708.50 |
| Overtime TMS Maint/Gardening | 4:59 | 33.00 | 164.45 | 220.00 | | | | | |
| Hourly - TMS | | | | 105.97 | **Paid Time Off** | | Accrued | Used | Available |
| Hourly - TMS Yard | | | | 45.83 | Current | | 2:43 | | 18:52 |
| Hourly - Growing/Greenhouse | | | | 7,745.09 | YTD | | | 4:49 | |
| Hourly TMS | | | | 176.00 | | | | | |
| TMS Retail | | | | 769.64 | **Memo** | | | | |
| | 81:36 | | 1,850.02 | 15,980.82 | Direct Deposit | | | | |
| **Taxes** | | | **Current** | **YTD Amount** | | | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | | | | | |
| Federal Withholding | | | 0.00 | 0.00 | | | | | |
| Social Security Employee | | | -114.70 | -990.81 | | | | | |
| Medicare Employee | | | -26.82 | -231.72 | | | | | |
| MN - Withholding | | | 0.00 | 0.00 | | | | | |
| | | | -141.52 | -1,222.53 | | | | | |
| **Net Pay** | | | **1,708.50** | **14,758.29** | | | | | |

*Ploof i am not a STATE or FEDERAL EMPLOYEE.*

RECEIVED BY MAIL
JUN – 3 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Here is undeniable proof I have been subjected to modern day slavery, human trafficking, involuntary slavery and servitude, forced to be a debt slave as someone else creates the debt now I am forced to pay it all due to charges, liens, Tickets, Citations(Bill Of Attainder) to a ARTIFICIAL PERSON/DRIVER LICENSE.

My Private Property was stolen by ALLENS TOWING and MN STATE TROOPERS.

Andrew Draper put out a warrant, put my life in danger all due to me Traveling, obeying the Law Of The Land just living as a Lawful woman moving property around.

All involved with the cases who created bonds fraudulently without consent and in my name are in direct violation of - 18 U.S. Code § 494 - Contractors' bonds, bids, and public records

Whoever falsely makes, alters, forges, or counterfeits any bond, bid, proposal, contract, guarantee, security, official bond, public record, affidavit, or other writing for the purpose of defrauding the United States; or

Whoever utters or publishes as true or possesses with intent to utter or publish as true, any such false, forged, altered, or counterfeited writing, knowing the same to be false, forged, altered, or counterfeited; or

Whoever transmits to, or presents at any office or to any officer of the United States, any such false, forged, altered, or counterfeited writing, knowing the same to be false, forged, altered, or counterfeited—

Shall be fined under this title or imprisoned not more than ten years, or both.

(June 25, 1948, ch. 645, 62 Stat. 711; Pub. L. 103–322, title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)


MINNESOTA STATE employees are going to kill me for Traveling……….. what happened to me is completely Unconstitutional, Illegal, Unlawful and defamation of my character. Calling me a sovereign citizen(oxymoron) for obeying the Law Of The Land and my passport reads citizen/national of the united states doesn't make sense.


Who is the man or woman that's going to claim my claims are not true?


MINNESOTA STATE owes me compensation for my services.



## SCOTT COUNTY CUSTOMER SERVICE
SHAKOPEE GOVERNMENT CENTER LOCATION

200 FOURTH AVENUE WEST
SHAKOPEE, MN 55379
PHONE: 952-496-8150

Trans #. 3                         SCYE11251
5/28/2024 8:31 AM                  LPF3B70LJ
----------------------------------------------
Receipt # 00998778
MVR # Plates
Plate #  GYD192    New Plate # LJT265
Sticker # C1312568

Servi e Fee              - -$0.42
MV Other State Fees      $19.50
Item Amount              $19.92
============================================
Transaction Total.       $19.92
Tendered Credit Debit MVJI  $19.92
              RHONDA

*******************************************
          SCOTT COUNTY
      To advance safe, healthy,
   and livable communities through
      citizen-focused services
*******************************************
*******************************************
     Thank you for your payment.
*******************************************

r Vehicle
ab Card

`Public Safety
ices division
 Suite 160
 01-5160
 /: 651-282-6555
 )tor.vchicles@state.mn.us

### ed Owner(s)

A EUNICE SCHOESZLER

Staple Stickers Here



Before applying tabs, make sure plates are clean and dry.

assenger

)24 to 30 Nov. 2025

2261214468

T GRA

I

Vehicle

Ise

### Keep this Registration | Cab Card in your vehicle.

You must keep this card in the vehicle at all times if your vehicle is taxed based on gross weight.

Minnesota Statutes, section 169.791 requires the driver to have proof of insurance for the vehicle and to show it to a peace officer upon demand.

I attest by this transaction that this vehicle is insured while operated upon the public roads as required by law. Proof of insurance will be carried in the vehicle.

**FEES**

| | |
|---|---|
| | 0.00 |
| | 0.00 |
| RGW/FARM/INSTALLMENT FEE: | 0.00 |
| LEASE EXTENSION FEE: | 0.00 |
| REINSTATEMENT FEE: | 0.00 |
| SALVAGE INSPECTION FEE: | 0.00 |
| SPECIAL PLATE TRANSFER FEE: | 0.00 |

Thank you for visiting office 135 Shakopee on: Tuesday, May 28, 2024 08:31 AM

| FEES | |
|---|---|
| ADMIN/REGISTRATION TAX: | 65.00 |
| PLATE FEE: | 15.50 |
| CONTRIBUTION FEE | 0.00 |
| WHEELAGE TAX: | 20.00 |
| TECH SURCHARGE FEE: | 4.50 |
| PS VEHICLE FEE: | 0.00 |
| TRANSFER TAX: | 0.00 |
| TITLE FEE: | 0.00 |
| LIEN FEE: | 0.00 |
| MV SALES TAX: | 0.00 |
| LATE TRANSFER PENALTY: | 0.00 |
| SUB TOTAL: | 105.00 |
| VS DEPUTY SURCHARGE: | 2.00 |
| STATE/DEPUTY FILING FEE: | 20.00 |
| TOTAL PAID: | 127.00 |



# Hennepin County Sheriff's Office

## Adult Detention Center

## Personal Property Inventory



| | |
|---|---|
| Date: | 05/24/2024 17:25 |
| Name: | SCHOESZLER, RHONDA EUNICE |
| Arresting agency: | MN STATE PATROL WEST |

| | |
|---|---|
| Prebook: | PB24028283 |
| Xref: | 202409164 |
| Custody Session: | 2024035173 |

**Bin Number: BAG 0680**

| QTY | Item | Color | Description | Date In | Release Disposition | Date Out |
|---|---|---|---|---|---|---|
| 2 | EARRING | GREY | | 05/24/2024 17:2! | STORAGE | |
| 1 | NECKLACE | BLACK | CROSS | 05/24/2024 17:2! | STORAGE | |
| 1 | CELL PHON | BLACK | | 05/24/2024 17:2! | STORAGE | |
| 1 | DRIVER LIC | | US PASSPORT | 05/24/2024 17:2! | STORAGE | |
| 1 | KEYS | | MULTIPLE KEYS | 05/24/2024 17:2! | STORAGE | |
| 1 | SHIRT | WHITE | | 05/24/2024 17:2! | STORAGE | |
| 1 | PANTS | BLACK | | 05/24/2024 17:2! | STORAGE | |
| 1 | UNDERWEA | BLUE | | 05/24/2024 17:2! | STORAGE | |
| 1 | SHOES/BOC | WHITE | | 05/24/2024 17:2! | STORAGE | |
| 1 | MISC | BLACK | FOLDER WITH MISC PAPERS | 05/24/2024 17:2! | STORAGE | |

**Any property in your possession at the time of arrest not listed above can be located by contacting the arresting agency.**

PIN#

2024 09164 6100

OR 74991809

## Hennepin County Sheriff's Office

**Adult Detention Center**

## RELEASE RECEIPT | NOTICE OF APPEARANCE

| | | |
|---|---|---|
| Name (L,F,M): • SCHOESZLER, RHONDA EUNICE | DOB: • 07/08/1987 | Booking #: • 2024035173 |

Name Provided: • SCHOESZLER, RHONDA EUNICE

| | | |
|---|---|---|
| Inmate File #: • 202409164 | SILS ID: 767169 | Race: WHITE |
| Inmate Email: | Arrest Date: • 05/24/2024 | Sex: FEMALE |
| Inmate Address:   735 ATWOOD ST S<br>SHAKOPEE, MN 55735 | | Cell Phone:   (701) 388-9067 |

| | | | |
|---|---|---|---|
| **COURT APPEARANCE** • | 2024035173.1 | **Apply this case** • YES ⊛   NO ○ | |

○   COURT NOT REQUIRED
○   HEARING NOTICE WILL BE MAILED TO ADDRESS PROVIDED AT BOOKING
☑   COURT REQUIRED AS INDICATED BELOW:

| MNCIS CASE # | OFFENSE DESCRIPTION • | | |
|---|---|---|---|
| 27VB23285478 | M 168.09.1 MOTOR VEHICLE REGISTRATION - OPERATE UNREGISTERED VEHICLE/WITHOUT PLATES ON PUBLIC STREETS/HIGHWAYS TAB; M 171.08 DRIVERS' LICENSES - NO DRIVERS LICENSE IN POSSESSION OR FAIL TO DISPLAY UPON REQUEST TAB | | |

| CHARGING AGENCY | | PAYMENT TYPE | BOND CO. | AMT POSTED |
|---|---|---|---|---|
| MAPLE GROVE PD | | CASH | | $ 1000.00 |
| **COURT LOCATION** | BROOKDALE COURT /BROOKDALE 271-OCM | | **COURT DATE/TIME** 06/10/2024 09:00 | |

NOTE: By placing my signature below, I hereby acknowledge that I have been advised by Jailor, of my rights to be brought before a Magistrate promptly for the above charge(s); That I have waived any delay in that right and agreed to pay a fine, if eligible, or to appear as scheduled above; That if I fail to appear as scheduled, a Bench Warrant will be issued for my case and any bail or bond posted or future consideration for release on my own recognizance will be forfeited. I have received a copy of this form as my Release Receipt.

| | | | |
|---|---|---|---|
| Inmate Signature | _signature | Date/Time: | mm/dd/yyyy --:-- -- |
| Employee User ID: • | LYONS JSB661 | Date/Time: • | 05/24/2024 23:39 |

Hennepin County Public Safety Facility
401 South 4th Street
Minneapolis, MN 55415

Hennepin County Gov't Center
300 South 6th Street
Minneapolis, MN 55487

Hennepin County Juvenile Center
590 Park Avenue
Minneapolis, MN 55415

Hennepin County Family Court
110 South 4th Street
Minneapolis, MN 55401

Hennepin County Brookdale
6125 Shingle Creek Parkway
Brooklyn Center 55430

Hennepin County Ridgedale
12601 Ridgedale Drive
Minnetonka, MN 55305


INMATE COPY

# Your ID Cards

Keep these cards handy--in your glove compartment or wallet. And contact us anytime you have a question or need to report a claim.

If you have a claim, we'll get you back on the road as soon as possible. And while you'll always have a choice where to repair your vehicle, when you use a shop in our preapproved network, we'll guarantee your repair for as long as you own or lease your vehicle.

**Thank you for choosing Progressive.**

---

**Rhonda E Schoeszler**

Platinum Level
Valued Customer Since 2022

Form 4072 (10/20)

**IF YOU'RE IN AN ACCIDENT**
1. Remain at the scene. Don't admit fault.
2. Find a safe location, call the police, and exchange driver information.
3. Call Progressive right away.

**TO REPORT A CLAIM**
Call 1-800-274-4499 or go to claims.progressive.com

*PROGRESSIVE*

KEEP THIS CARD IN YOUR VEHICLE WHILE IN OPERATION

---

**INSURANCE IDENTIFICATION CARD - Minnesota**

**Policy Number:** 964482769
**Effective Date:** 12/24/2023
**Insurer:** Progressive Direct Insurance Co 1-800-776-4737
PO Box 31260 Tampa, FL 33631
**Named Insured(s):**
Rhonda E Schoeszler

**NAIC Number:** 16322
**Expiration Date:** 06/24/2024

| Year | Make | Model | VIN |
|------|------|-------|-----|
| 2006 | Pontiac | Grand Prix | 2G2WP552261214468 |

Manage your policy anytime
with just a few clicks at
**progressive.com**

5/28/24, 9:21 AM                                                           Invoice



**Allen's Service, Inc**                                      # Impound Invoice
7215 W 128th Street, Savage MN 55378
Phone: (952) 445-0030

| | | | |
|---|---|---|---|
| **Call #** | 5768 | **VIN Number** | 2G2WP552261214468 |
| **Stock #** | 18822803 | **Model** | 2006 Pontiac Grand Prix (Gray) |
| **Police Dept Name:** | state patrol | **License Plate** | NONE |
| **Account** | A-MN State Patrol Accident/Impound | **Drivable** | Yes |
| **Date/Time Impounded:** | 5/24/2024 4:00 PM | **Keys** | Yes cup holder |
| | | **Towed from** | hwy 13 and 35w |
| | | **Stored at** | Allen's Towing Lot |
| | | | 7215 128th St W, Savage MN 55378 |

| Storage charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Storage - Storage Fees) Impounds/Storage: Daily Impound Rate | 5 | $35.00 | $175.00 |

| Towing charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Towing) Tow/Hook Fee | 1 | $150.00 | $150.00 |
| (Towing) Admin Fee | 1 | $35.00 | $35.00 |
| (Towing) Fuel Surcharge | 1 | $20.00 | $20.00 |

| | |
|---|---|
| **Towing SubTotal** | $205.00 |
| **Storage - Storage Fees SubTotal** | $175.00 |
| **Subtotal** | $380.00 |
| **Dakota 8.125% - 8.125% Tax** | $16.66 |
| **Grand Total** | $396.66 |
| **Amount Due:** | **$0.00 / Paid** |

**Visa payment of $255.00 applied on 5/28/2024**
**Discover payment of $141.66 applied on 5/28/2024**

Thank you for your Business, we appreciate it very much.
Upon signing this document, I am freely admitting that I have the legal right to authorize Collins Brothers Towing of St Cloud, Inc. to recover, tow, jump start, tire service, unlock or misc to my vehicle or equipment. I also agree and understand that circumstances outside Collins Brothers Towing of St Cloud, Inc. control, with regard to the accident involving my vehicle, may make recovery and removal of my vehicle unusually difficult. And I unconditionally release, waive, and discharge my right, whether by contract or under operations of law to file cause of action(s) or claim(s) which I may have against Collins Brothers Towing of St Cloud, Inc. now or in the future.
I hereby assume any and all risk of loss, liability, damage, or costs, and understand that any and all damages that may occur will be as a result of the accident not as a result of any negligence on the part of Collins Brothers Towing of St Cloud, Inc..
I fully understand the terms set forth in this form, and I hereby waive my rights freely and voluntarily without any inducement, assurance, or guarantee being made to me to the fullest extent allowed by law.

Signature: _____    Date: _____

USDOT: 2152934

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
c/o,

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

c/o,
735 Atwood St S
Shakopee MN USA 55379

Date of Filing : 03/03/2023
Time of Filing : 06:38:00 AM
File Number  : 2023-062-6068-7
Lapse Date  : NONE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| SCHOESZLER CESTUI QUE VIE TRUST | RHONDA | EUNICE | |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 735 ATWOOD ST S | SHAKOPEE | MN  55379 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| SCHOESZLER | RHONDA | EUNICE | |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 735 ATWOOD ST S | SHAKOPEE | MN  55379 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Schoeszler | Rhonda | Eunice | |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 735 Atwood Street South | Shakopee | MN  [55379] | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All of Debtors assets, land, and personal property, and all of Debtors interest in said assets, land and personal property, now owned and hereafter acquired, now existing and hereafter arising and wherever located,described fully in security agreement No. RS_030323_SA dated on this Third day of the Third month in the year of our Lord Two Thousand and Twenty-Three.Inquiring parties may consult directly with the Debtor ascertaining in detail, the financial relationship and contractual obligations associated with this commercial transaction, identified in security agreement reference above. Adjustment of this filing is in accord

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☑ being administered by a Decedent's Personal Representative | | |
|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☑ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor | | |

8. OPTIONAL FILER REFERENCE DATA:
Not A 14th Amendment Citizen



Continuation of section 4 collateral

4. This FINANCING STATEMENT covers the following collateral:

with House Joint Resolution of June 5th 1933 and UCC1-103 and 1-104. Secured Party accepts Debtor signature in accord with UCC1-201(39), 3-401. All Property is Accepted for Value and is Exempt From Levy, Pursuant to HJR-192 and UCC 1-104,10-104, 3-419 and the Orders therefrom are released to DEBTOR, to also include all Signatures, Endorsements, Fascimile, Copyright, Printed, Typed or Photocopies of "RECORD OWNER'S AND NAME AND TITLE". RECORD OWNER IS NOT GUARANTOR TO ANY OTHERS ACCOUNT BY EXPLICIT RESERVATION, WITHOUT PREJUDICE UCC 1-207, 1-308. North Dakota State Live Birth Certificate. All bank accounts that have Debtors wet ink or E-Verify autograph/signature. All of Debtors claims to property where DEBT NOTES were invested. All property claimed is exclusive to the Debtor and Excluded from everyone(man/woman) else to use, borrow or touch. All property with Titles, Bill of Exchange or Certificate of Origin.Passport Card.Passport Book. DRIVER'S LICENSE.TOTAL-VALUE-OF-INSTRUMENTS: $1,000,000.00. TOTAL-VALUE-OF-PROPERTY-CLAIMED:$3,250,000.00. Debtor is a Transmitting Utility.

Article 6 Paragraph 2
The USA Constitution is the Supreme Law
and EVERY Judge is band thereby.

LII > Wex > **law**

## law

Law refers to a system of rules that regulate the conduct of a community, and is often enforced by a controlling authority through penalties.

When people refer to the "law" of the United States, they most likely mean its law system. The U.S. employs a common law system, which means the laws are typically derived from judicial decisions instead of statutes. A common law system relies on decisions made by judges on cases that have come to trial, and the compilation of these decisions is called case law. Other countries, such as Japan, employ a civil law system, which relies on codes that explicitly specify the rules that judges must follow in order to come to a decision. In such a system, decisions are often not subject to individual interpretation.

"Law" can also mean "state law," which includes common law, statutes, and regulations. The same is true for "federal law."

Yet another distinction of law is that between procedural law and substantive law. "Procedural law" refers to the guarantees of specific procedural methods and rules, and is distinguished from "substantive law," which refers to the rights and duties of everyday conduct, such as those related to contract law and tort law.

Additionally, international law is "composed only of those rules that States universally abide by, or accede to, out of a sense of legal obligation and mutual concern." (See *Flores v. Southern Peru Copper Corporation*)

[Last updated in July of 2023 by the Wex Definitions Team]

- wex
  - CIVICS
  - government
  - legal education and practice

## LAW OF THE LAND. Due process of law, (*q. v.*)

By the law of the land is most clearly intended the general law which hears before it condemns, which proceeds upon inquiry, and renders judgment only after trial. The meaning is that every citizen shall hold his life, liberty, property, and immunities under the protection of general rules which govern society. Everything which may pass under the form of an enactment is not the law of the land. Sedg. St. & Const. Law, (2d Ed.) 475.

When first used in *Magna Charta*, the phrase "the law of the land" probably meant the established law of the kingdom, in opposition to the civil or Roman law, which was about being introduced. It is now generally regarded as meaning general public laws binding on all members of the community, in contradistinction from partial or private laws. 2 Tex. 251; 2 Yerg. 270; 6 Heisk. 186.

It means due process of law warranted by the constitution, by the common law adopted by the constitution, or by statutes passed in pursuance of the constitution. 1 N. H. 58.

It means the law as established in a fair, open trial, or after opportunity given for such trial, by due course and process of law; not a bill of attainder. 6 Pa. St. 87. *Ticket/Citation*

## LAW OF THE STAPLE. Law administered in the court of the mayor of the staple; the law-merchant. 4 Inst. 235. See STAPLE.

## LAW REPORTS. Published volumes containing the reports of cases argued and adjudged in the courts of law.

Law respecteth matter of substance more than matter of circumstance.

**CHRISTIAN.** Pertaining to Jesus Christ or the religion founded by him; professing Christianity. As a noun, it signifies one who accepts and professes to live by the doctrines and principles of the Christian religion; it does not include Mohammedans, Jews, pagans, or infidels. State v. Buswell, 40 Neb. 158, 58 N.W. 728, 24 L.R.A. 68. One who believes or professes or is assumed to believe in Jesus Christ, and the truth as taught by Him. Conway v. Third Nat. Bank & Trust Co., 118 N.J.Eq. 61, 177 A. 113, 116.

**CHRISTIAN NAME.** The baptismal name as distinct from the surname. Stratton v. Foster, 11 Me. 467. The name which is given one after his birth or at baptism, or is afterward assumed by him in addition to his family name. Badger Lumber Co. v. Collinson, 97 Kan. 791, 156 P. 724, 725.

A Christian name may consist of a single letter. Wharton; People v. Reilly, 257 Ill. 538, 101 N.E. 54, Ann.Cas. 1914A, 1112. There is no presumption that letters are not themselves Christian names, and where a letter or letters appear before a surname they are treated, in the absence of any showing to the contrary, as the Christian name. Riley v. Litchfield, 168 Iowa, 187, 150 N.W. 81, 82, Ann.Cas. 1917B, 172.

**CHRISTIANITATIS CURIA.** The court Christian. An ecclesiastical court, as opposed to a civil or lay tribunal. Cowell. See, also, Court Christian.

**CHRISTIANITY.** The religion founded and established by Jesus Christ. Hale v. Everett, 53 N. H. 9, 54, 16 Am.Rep. 82; People v. Ruggles, 8 Johns. (N.Y.) 297, 5 Am.Dec. 335.

**CHRISTMAS DAY.** A festival of the Christian church, observed on the 25th of December, in memory of the birth of Jesus Christ.

**CHROME YELLOW.** A metal largely used as a yellow pigment. It is an active poison. U. S. v. R. C. Boeckel & Co., C.C.A.Mass., 221 F. 885, 888.

following ... Properly that kind of judicial proceeding before the prætor which was called "extraordinary." In a general sense, any judicial proceeding, including not only "actions," (*actiones*,) properly so called, but other proceedings also. Calvin.

**PERSEQUI.** Lat. In the civil law. To follow after; to pursue or claim in form of law. An action is called a "*jus persequendi*."

**PERSON.** A man considered according to the rank he holds in society, with all the rights to which the place he holds entitles him, and the duties which it imposes. 1 Bouv. Inst. no. 137.

A human being considered as capable of having rights and of being charged with duties; while a "thing" is the object over which rights may be exercised.

—**Artificial persons.** Such as are created and devised by law for the purposes of society and government, called "corporations" or "bodies politic."—**Natural persons.** Such as are formed by nature, as distinguished from *artificial* persons, or corporations.—**Private person.** An individual who is not the incumbent of an office.

**PERSONA.** Lat. In the civil law. Character, in virtue of which certain rights belong to a man and certain duties are imposed upon him. Thus one man may unite many characters, (*personæ*,) as, for example, the characters of father and son, of master and servant. Mackeld. Rom. Law, § 129.

In ecclesiastical law. The rector of a church instituted and inducted, for his own life, was called "*persona mortalis;*" and any collegiate or conventual body, to whom the church was forever appropriated, was termed "*persona ......*" Jacob.

...tion is called a "*jus persequendi.*"

**PERSON.** A man considered according to the rank he holds in society, with all the right to which the place he holds entitles him, and the duties which it imposes. People v. R. Co., 134 N.Y. 506, 31 N.E. 873.

The word in its natural and usual signification includes women as well as men. Commonwealth v. Welosky, 276 Mass. 398, 177 N.E. 656.

Term may include artificial beings, as corporations, 1 Bla.Com. 123; 4 Bingh. 669; People v. Com'rs of Taxes, 23 N.Y. 242; *quasi*-corporations, Sedgw. Stat. & Const. L. 372; L. R. 5 App. Cas. 857; territorial corporations, Seymour v. School District, 53 Conn. 507, 3 A. 552; and foreign corporations, People v. McLean, 80 N.Y. 259; under statutes, forbidding the taking of property without due process of law and giving to all persons the equal protection of the laws, Smyth v. Ames, 18 S.Ct. 418, 169 U.S. 466, 42 L.Ed. 819; Gulf, C. & S. F. R. Co. v. Ellis, 17 S.Ct. 255, 165 U.S. 150, 41 L.Ed. 666; concerning claims arising from Indian depredations, U. S. v. Transp. Co., 17 S.Ct. 206, 164 U.S. 686, 41 L.Ed. 599; relating to taxation and the revenue laws, People v. McLean, 80 N.Y. 254; to attachments, Bray v. Wallingford, 20 Conn. 416; usurious contracts, Philadelphia Loan Co. v. Towner, 13 Conn. 249; applying to limitation of actions, Olcott v. R. Co., 20 N.Y. 210, 75 Am.Dec. 393; North Mo. R. Co. v. Akers, 4 Kan. 453, 96 Am.Dec. 183; and concerning the admissibility as a witness of a party in his own behalf when the opposite party is a living person, La Farge v. Ins. Co., 22 N.Y. 352. A corporation is also a person under a penal statute; U. S. v. Amedy, 11 Wheat. 392, 6 L.Ed. 502. Corporations are "persons" as that word is used in the first clause of the XIVth Amendment; Covington & L. Turnp. Co. v. Sandford, 17 S.Ct. 198, 164 U.S. 578, 41 L.Ed. 560; Smyth v. Ames, 18 S.Ct. 418, 169 U.S. 466, 42 L.Ed. 819; People v. Fire Ass'n, 92 N.Y. 311, 44 Am.Rep. 380; U. S. v. Supply Co., 30 S.Ct. 15, 215 U.S. 50, 54 L.Ed. 87; *contra*, Central P. R. Co. v. Board, 60 Cal. 35. But a corporation of another state is not a "person" within the jurisdiction of the state until it has complied with the conditions of admission to do business in the state, Fire Ass'n of Phila. v.

forest, ... by the scent of a hound ... or where a person had wounded a deer or wild beast, by shooting at him, or otherwise, and was caught with a dog drawing after him to receive the same. Manwood, Forest Law, 2, c. 8.

**DOG–LATIN.** The Latin of illiterate persons; Latin words put together on the English grammatical system.

**DOGGER.** In maritime law. A light ship or vessel. Cowell.

*Dogger-fish*, fish brought in ships.

*Dogger-men*, fishermen that belong to dogger-ships.

**DOGMA.** In the civil law. A word occasionally used as descriptive of an ordinance of the senate. See Nov. 2, 1, 1; Dig. 27, 1, 6.

**DOGS.** Steel rods with clamps or tongs thereon, for carrying heavy steel rails. Jefferson v. Denkmann Lumber Co., 148 So. 237, 239, 167 Miss. 246.

CAPITULARY

ALIS

168

al proceedings, and

Chief
*ois,*

lord. Fleta,
Capitalis justiciari-
y; the principal min-
dian of the realm in
office originated under
: but its power was
*gna Charta,* and final-
eral courts by Edward
. 38.—Capitalis jus-
oram rege tenenda,
pleas before the king.
justice of the king's
the latter part of the
Reeve, Eng. Law, 91.
arius banci.    Chief
: title of the chief jus-
of common pleas, first
ear of Edward I.    2
pitalis justiciarius
ustice of all England.
justice in the court of
. 88; 1 Reeve, Eng.
ius.    A chief pledge;
. Pl. 35.—Capitalis
Capitalis terra.    A
nd lying at the head

He

ia surveys.    To
touch at the head,

CAPITE MINUTUS.    In the civil law.
One who had suffered *capitis diminutio,* one
who lost *status* or legal attributes.    See Dig.
4, 5.

CAPITIS DIMINUTIO.    In Roman law.
A diminishing or abridgment of personality.
This was a loss or curtailment of a man's
*status* or aggregate of legal attributes and
qualifications, following upon certain changes
in his civil condition.    It was of three kinds,
enumerated as follows:

Capitis diminutio maxima.    The high-
est or most comprehensive loss of *status.*
This occurred when a man's condition was
changed from one of freedom to one of bond-
age, when he became a slave.    It swept away
with it all rights of citizenship and all family
rights.

Capitis diminutio media.    A lesser or
medium loss of status.    This occurred where
a man lost his rights of citizenship, but with-
out losing his liberty.    It carried away also
the family rights.

Capitis diminutio minima.    The lowest
or least comprehensive degree of loss of
*status.*    This occurred where a man's family
relations alone were changed.    It happened
upon the arrogation of a person who had
been his own master, (*sui juris,*) or upon the
emancipation of one who had been under the
*patria potestas.*    It left the rights of liberty
and citizenship unaltered.    See Inst. 1, 16,
pr.; 1, 2, 3; Dig. 4, 5, 11; Mackeld. Rom.
Law, § 144.

for the head,

**law-hand.** An outmoded rococo method of handwriting once used by scribes in preparing legal documents.

**law in action.** (1909) The law as applied in the day-to-day workings of the legal system, as opposed to the law found in books. — Sometimes written *law-in-action*. — Also termed *functionalism*. See LEGAL REALISM. Cf. LAW IN BOOKS.

**law in books.** (1909) The legal rules to be found in texts; esp., sterile, oft-repeated rules that seem to depart from the way in which the law actually operates in the day-to-day workings of the legal system. — Sometimes written *law-in-books*. Cf. LAW IN ACTION.

**law in literature.** See LAW AND LITERATURE (1).

**law journal.** (1803) **1.** A legal periodical or magazine, esp. one published by a bar association. — Abbr. L.J. **2.** LAW REVIEW (1).

**law language.** See LEGALESE.

**Law Latin.** (16c) A corrupted form of Latin formerly used in law and legal documents, including judicial writs, royal charters, and private deeds. ● It primarily consists of a mixture of Latin, French, and English words used in English sentence structures. — Abbr. L.L.; L. Lat. — Also written *law Latin*.

> "LAW LATIN. A technical kind of Latin, in which the pleadings and proceedings of the English courts were enrolled and recorded from a very early period to the reign of George II . . . . The principal peculiarities of this language consist first, in its construction, which is adapted so closely to the English idiom as to answer to it sometimes word for word; and, secondly, in the use of numerous words 'not allowed



**lawless**

by grammarians nor having any countenance of Latin,' but framed from the English by merely adding a Latin termination, as *murdrum* from murder . . . ." 2 Alexander M. Burrill, *A Law Dictionary and Glossary* 135 (2d ed. 1867).

"Law Latin, formerly sometimes called 'dog Latin,' is the bastardized or debased Latin formerly used in law and legal documents. For the most part, we have escaped from its clutches. In 1730, Parliament abolished Law Latin in legal proceedings, but two years later found it necessary to allow Latin phrases that had previously been in common use, such as *fieri facias*, *habeas corpus*, *ne exeat*, and *nisi prius*. As Blackstone would later say, some Latinisms were 'not . . . capable of an English dress with any degree of seriousness.' 3 William Blackstone, *Commentaries on the Laws of England* 323 (1768)." Bryan A. Garner, *Garner's Dictionary of Legal Usage* 521 (3d ed. 2011).

**lawless,** *adj.* (12c) **1.** Not obeying the law; not controlled by the law <lawless hoodlums>. **2.** Having no laws <a lawless society>.

**law list.** (18c) **1.** A published compilation of the names and addresses of practicing lawyers and other information

seems to be something other than clear and easy communication. — Also spelled *legaldegook*. See LEGALESE. Cf. GOBBLEDYGOOK.

**legal efficacy.** See EFFICACY.

**legal-elements test.** (1980) *Criminal law.* A method of determining whether one crime is a lesser included offense in relation to another crime, by examining the components of the greater crime to analyze whether a person who commits the greater crime necessarily commits the lesser one too. — Also termed *same-elements test.*

**legal entity.** (18c) A body, other than a natural person, that can function legally, sue or be sued, and make decisions through agents. • A typical example is a corporation. Cf. *artificial person* under PERSON (3).

**legalese** (lee-gə-**leez**). (1914) The peculiar language of lawyers; esp., the speech and writing of lawyers at their communicative worst, characterized by antique jargon, pomposity, affected displays of precision, ponderous abstractions, and hocus-pocus incantations. — Also termed (more neutrally) *law-talk*; *law language*; *legal*

importance to establish convincing criteria that would be helpful in concluding whether or not there is a sufficient degree of proximity. It comes as no surprise that comparative lawyers have not produced a uniform solution to the problem." Hein Kötz, "Legal Families," in 2 *The Max Planck Encyclopedia of European Private Law* 1063, 1063 (Jürgen Basedow et al. eds., 2012).

**legal father.** See FATHER.

**legal fence.** See LAWFUL FENCE.

**legal fiction.** (17c) An assumption that something is true even though it may be untrue, made esp. in judicial reasoning to alter how a legal rule operates; specif., a device by which a legal rule or institution is diverted from its original purpose to accomplish indirectly some other object. • The constructive trust is an example of a legal fiction. — Often shortened to *fiction.* — Also termed *fiction of law; fictio juris.*

"I . . . employ the expression 'Legal Fiction' to signify any assumption which conceals, or affects to conceal, the fact that a rule of law has undergone alteration, its letter remaining unchanged, its operation being modified. . . . It is not difficult to understand why fictions in all their forms are particularly congenial to the infancy of society. They satisfy the desire for improvement, which is not quite wanting, at

*jargon; legal argot.* See PLAIN-LANGUAGE MOVEMENT; LEGALDYGOOK. Cf. OFFICIALESE.

**legal estate.** See ESTATE (1).

**legal estoppel.** See ESTOPPEL.

**legal ethics.** (1828) **1.** The standards of professional conduct applicable to members of the legal profession within a given jurisdiction. ● Ethical rules consist primarily of the ABA Model Rules of Professional Conduct and the earlier ABA Model Code of Professional Responsibility, together with related regulatory judgments and opinions. The Model Rules of Professional Conduct have been enacted into law, often in a modified form, in most states. **2.** The study of such standards. **3.** A lawyer's practical observance of or conformity to established standards of professional conduct. See MODEL RULES OF PROFESSIONAL CONDUCT.

> "In one sense, the term 'legal ethics' refers narrowly to the system of professional regulations governing the conduct of lawyers. In a broader sense, however, legal ethics is simply a special case of ethics in general, as ethics is understood in the central traditions of philosophy and religion. From this broader perspective, legal ethics cuts more deeply than legal regulation: it concerns the fundamentals of our moral lives as lawyers." Deborah L. Rhode & David Luban, *Legal Ethics* 3 (1992).

**legal etiquette.** (1830) Collectively, the professional courtesies that lawyers have traditionally observed in their professional conduct, shown through civility and a strong sense of honor. — Also termed *etiquette of the profession.*



'AN INDISPENSABLE WORK
OF REFERENCE'
Professor Nigel Vincent, University of Manchester

OXFORD
QUICK
REFERENCE

# Oxford

## CONCISE DICTIONARY OF
## Linguistics

P. H. MATTHEWS

**Hjelmslev,** ... structural linguistics after Saussure. His most important theoretical work, *Omkring Sprogteoriens Grundlæggelse* ('On the Foundations of Linguistic Theory'), appeared in 1943: later in English, *Prolegomena to a Theory of Language*, trans. F. J. Whitfield (1953). Hjelmslev's theory carried Saussure's concept of the linguistic sign to a logical conclusion. The sign itself is represented by a 'sign relation' (or 'sign function') between two 'planes' or levels: one of *expression and one of *content. By the *commutation test, a difference between units at one level must entail a difference at the other. At each level, units are characterized by their *syntagmatic and *paradigmatic relations to other units and these relations constitute a *form (2), again at each level, independent of its projection onto distinctions of *substance.

Hjelmslev called his theory '**glossematics**' from 1935 onwards.

**Hmong-Mien** *See* Miao-Yao.

✗ **'hocus pocus'** Coined by Fred W. Householder in 1952 in reference to linguists who did not ascribe any reality to the units, categories, etc. that they established, as opposed to 'God's truth' linguists, who did.

**hodiernal** (Tense, form of verb) characteristically used to refer to events etc. that have taken place earlier on the day of speaking. From Latin *hodiernus* 'of today': *compare* hesternal.

**Hokan** Proposed family of languages spoken or formerly spoken in various parts of western North America, from northern California to Baja California and Sonora; also in the south of Mexico, in parts of Oaxaca. **Yana** was a Hokan language studied by *Sapir.

**Hokkien** *See* Chinese.

**ᵧoal (2)** *See* probe.

**'God's truth'** Coined by Fred W. Householder in 1952, in reference to linguists who believed they were establishing units, categories, etc. with real existence in a language, as opposed to 'hocus pocus' linguists, who did not.

**Goidelic** Branch of *Celtic principally represented          ł Scottish
*Gaelic.

**Gothic** *Germanic language attested mainly by a                    of the Bi'
dating from the second half of the 4th century AD.                    ᵈd as F
Germanic, as opposed to North Germanic and West

**govern** *See* dependency; government.

**government (1)** Defined traditionally of a relation
preposition and a *case determined by it. E.g. in the sel
'I saw the stars' the verb is one which **governs** an object
'saw-1SG' *astr-a* 'star-ACC.PL.'. So does the preposition *ad* '
stars'.

Thence of similar constructions whether or not there are ca.
*saw* would be said to 'govern' its object in *I saw the stars*, and
also called its 'object', in *to the stars*. But it is worth asking whe
other extension is needed, given that there are so many other wa
such constructions.

**ᵧovernment (2)** Principle in *Government and Binding Theory
ᴀbstract cases were assigned to certain units by others by which the
ᴄ-commanded. Constrained by '**barriers**', defined as the boundaries
ᴀtegories of unit, across which it could not operate.
Reformulated in the programme of *minimalism in terms of *cheᵈ ᵗ
ᵍree.

**ᵖvernment and Binding Theory** Version of *Cᵗ
ᵃameters Theory named by his follo

# The Redbook

## A Manual On
## Legal Style

By Bryan A. Garner

EDITOR IN CHIEF
BLACK'S LAW DICTIONARY

(b) *Caution*: Use this device sparingly. A few instances heighten the effect, but overuse dulls the impact.

## 2.19  Avoid all-caps writing.

(a) *History*. Typewriters and typesetters had limited options for typefaces that would make portions of a writing stand out. Because word processors can produce varied typefaces, it is not necessary—or desirable—to use all caps.

(b) *Difficulty with all caps*. A passage written in all caps is hard to read because the uniform size of the characters makes them indistinct.

> Ex.: AS A SPECIFIC BARGAIN INDUCEMENT FOR CREDITOR TO EXTEND CREDIT TO DEBTOR AND AFTER HAVING THE OPPORTUNITY TO CONSULT COUNSEL, EACH PARTY HEREBY EXPRESSLY WAIVES THE RIGHT TO TRIAL BY JURY IN ANY LAWSUIT OR PROCEEDING RELATING TO THIS AGREEMENT OR ARISING IN ANY WAY FROM THE OBLIGATIONS.

(c) *Initial caps*. A short passage written with initial capitals may be marginally easier to read. But even capitalizing initial letters has drawbacks: the capitals are distracting, and it becomes hard to identify defined terms (see 2.9). Reserve this style for headings only.

> Ex.: As a Specific Bargain Inducement for Creditor to Extend Credit to Debtor and After Having the Opportunity to Consult Counsel, Each Party Hereby Expressly Waives the Right to Trial by Jury in Any Lawsuit or Proceeding Relating to This Agreement or Arising in Any Way from the Obligations.

(d) *Limited capitals*. The same passage written with initial capitalization using the rules in this chapter is much clearer.

> Ex.: As a specific bargain inducement for Creditor to extend credit to Debtor and after having the opportunity to consult counsel, each party hereby expressly waives the right to trial by jury in any lawsuit or proceeding relating to this Agreement or arising in any way from the Obligations.

(e) *Different typeface*. Instead of using all caps, you might make a critical passage in a contract stand out by changing the typeface. For example, if you're using a serif type such as Times Roman, try using a boldface sans-serif typeface such as Arial to draw attention to an important provision. You could also set the type in a larger size.

> Ex.: **As a specific bargain inducement for Creditor to extend credit to Debtor and after having the opportunity to consult counsel, each party hereby expressly waives the right to trial by jury in any lawsuit or proceeding relating to this Agreement or arising in any way from the Obligations.**

(f) *Limited all caps*. If you must use all caps, limit them to one line.

> Ex.: PLAINTIFF'S SUMMARY JUDGMENT MOTION MUST BE DENIED.

11.123    **Ampersand and wynn.** In Old English and Middle English texts a sort of stylized seven (the Tironian *et*) may be found for *and*, but the modern ampersand may be substituted for this. In Old English texts Þ or þ (wynn) is found for *w*; the modern *w* is often substituted for this.

11.124    **Old English vowels.** Modern editors of Old English sometimes distinguish between long and short vowels and diphthongs by means of a macron over the long versions (e.g., *ā, ǣ, ē, ēa, ēo, ī, īo, ō, ū, ȳ*). Note that, with the exception of the *æ* ligature, diphthongs are usually marked with a macron over only the first vowel.

## American Sign Language (ASL)

11.125    **Signed languages.** The visual-gestural languages used by deaf people in different parts of the world are called signed languages. Signed languages are quite different from spoken languages (although there may be regional effects of language contact), and a particular signed language may or may not share the same national or geographic boundaries as spoken languages in the same locations. The individual elements of these languages are known as signs.

11.126    **Components of signs.** Signs have five major articulatory components—handshape, location, orientation, movement, and (in some cases) distinctive nonmanual signals.

11.127    **Writing ASL.** Many formal systems for writing signed languages exist; however, none has been adopted for widespread use by deaf signers. This section offers an overview of some of the most frequently employed conventions for written transcription of signing. For additional resources, see Charlotte Baker-Shenk and Dennis Cokely, *American Sign Language: A Teacher's Resource Text on Grammar and Culture*; and Clayton Valli, Ceil Lucas, Kristin J. Mulrooney, and Miako Villanueva, *Linguistics of American Sign Language: An Introduction* (bibliog. 5).

11.128    **Glosses in ASL.** The written-language transcription of a sign is called a *gloss*. Glosses are words from the spoken language written in small capital letters: WOMAN, SCHOOL, CAT. (Alternatively, regular capital letters may be used.) When two or more written words are used to gloss a single sign, the glosses are separated by hyphens. The translation is enclosed in double quotation marks.

The sign for "a car drove by" is written as VEHICLE-DRIVE-BY.

11.129   LANGUAGES OTHER THAN ENGLISH

One obvious limitation of the use of glosses from the spoken/written language to represent signs is that there is no one-to-one correspondence between the words or signs in any two languages.

11.129   **Compound signs.** Some combinations of signs have taken on a meaning separate from the meaning of the individual signs. Various typographical conventions are used to indicate these compounds, including a "close-up" mark or a plus sign. Depending on the transcription system, the sign for "parents" might be glossed as follows:

MOTHER‾FATHER   *or*   MOTHER+FATHER

11.130   **Fingerspelling.** For proper nouns and other words borrowed from the spoken language, the signer may fingerspell the word, using the handshapes from a manual alphabet. (There are numerous fingerspelling alphabets used by different signed languages, among them the American Manual Alphabet.) Fingerspelled words may be transcribed in any of the following ways:

fs-JOHN   *or*   J-O-H-N   *or*   j-o-h-n

11.131   **Lexicalized signs.** Over time, some fingerspelled words have taken on the quality of distinct signs, either by omission of some of the individual letter signs or by a change in the orientation or movement of the letter signs. These lexicalized signs are represented by the "pound" symbol (#): #WHAT, #BACK, #DO.

11.132   **Handshapes.** Most of the handshapes of American Sign Language are described by the corresponding alphabetic or numerical handshape or a variation thereof. For example, APPLE is made with an X handshape; CREATE is made with a 4 handshape; ANY is made with an Open A handshape; YELL is made with a Bent 5 handshape. Handshapes without a clear relative in the fingerspelling or number system are labeled idiosyncratically according to the transcription system in use. For example, SARCASTIC is made with the HORNS handshape; AIRPLANE is made with the ILY handshape. Handshapes for signed languages that do not use the American Manual Alphabet are often described in relation to the ASL handshapes.

11.133   **Transcriptions of signed sentences.** Signed sentences are written as a sequence of glosses, often with the spoken/written-language translation underneath in italics or quotation marks or both. (For examples, see 11.134, 11.135.) Punctuation is generally omitted from sentence tran-

I am on a DO NOT DETAIN/RESTRICTED list via State Department. What pops up on the screen when you run my passport verifies my claim.

8 USC 1101 (a)(22)(b)The term "national of the United States" means (A) a citizen of the United States, or (B) a person who, though not a citizen of the United States, owes permanent allegiance to the United States.

8 U.S. Code § 1401 - Nationals and citizens of United States at birth. The following shall be nationals and citizens of the United States at birth:
(a)a person born in the United States, and subject to the jurisdiction thereof; - United States
(38) The term "United States", except as otherwise specifically herein provided, when used in a geographical sense(NORTH DAKOTAN), means the continental United States, Alaska, Hawaii, Puerto Rico, Guam, the Virgin Islands of the United States, and the Commonwealth of the Northern Mariana Islands.

18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons - (a)Whoever assaults, strikes, wounds, imprisons, or offers violence to a foreign official, official guest, or internationally protected person or makes any other violent attack upon the person or liberty of such person, or, if likely to endanger his person or liberty, makes a violent attack upon his official premises, private accommodation, or means of transport or attempts to commit any of the foregoing shall be fined under this title or imprisoned not more than three years, or both. Whoever in the commission of any such act uses a deadly or dangerous weapon, or inflicts bodily injury, shall be fined under this title or imprisoned not more than ten years, or both.
(b)Whoever willfully—
(1)intimidates, coerces, threatens, or harasses a foreign official or an official guest or obstructs a foreign official in the performance of his duties;
(2)attempts to intimidate, coerce, threaten, or harass a foreign official or an official guest or obstruct a foreign official in the performance of his duties; or
(3)within the United States and within one hundred feet of any building or premises in whole or in part owned, used, or occupied for official business or for diplomatic, consular, or residential purposes by—
(A)a foreign government, including such use as a mission to an international organization;
(B)an international organization;
(C)a foreign official; or
(D)an official guest;
congregates with two or more other persons with intent to violate any other provision of this section;
shall be fined under this title or imprisoned not more than six months, or both.
(c)For the purpose of this section "foreign government", "foreign official", "internationally protected person", "international organization", "national of the United States", and "official guest" shall have the same meanings as those provided in section 1116(b) of this title.



American State National Born: 8th day of July, 1987



Whoever is on this case have been caught using their JOB/Color Of Law to Extort me, force involuntary slavery/servitude Via an Artificial Person, Identity Theft, Lies and Deceit.
The Passport clearly reads Nationality U.S.A then on the back it reads "Travel between the U.S." - U.S.A. is not U.S.
Only Common Law or Admiralty Maritime Jurisdiction.
I am not a LEGAL PERSON(ARTIFICIAL PERSON). Code, Policy and Statutes pertain to a ARTIFICIAL LEGAL PERSON not a lawful man or woman.

DRIVER Definition & Legal Meaning -https://thelawdictionary.org/driver/
Definition & Citations:
One employed in conducting a coach, carriage, wagon, or other vehicle, with horses, mules, or other animals, or a bicycle, tricycle, or motor car, though not a street railroad car. See Davis v. Petrinovich, 112 Ala. 654, 21 South. 344, 36 L. R. A.615; Gen. St. Conn. 1902.
I was not employed traveling in my private property.

https://thebridgelifeinthemix.info/wp-content/uploads/2018/11/Chicago-Manuel-of-Styles-16th-Edition-GLOSSES.pdf

18 U.S. Code § 241 - Conspiracy against rights

18 U.S. Code § 242 - Deprivation of rights under color of law - it is my God given right to live as a woman, under Common Law Jurisdiction protected by the Constitutions. I by law do not have to ACT like a DRIVER/COMMERCIAL ENTITY 24/7.

https://www.law.cornell.edu/uscode/text/18/31 - Definitions - (6)Motor vehicle.—

The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo. (10)Used for commercial purposes.—

The term "used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking intended for profit. 41 CFR § 302-9.1 What is a "privately owned vehicle (POV)"? A "privately owned vehicle (POV)" is a motor vehicle not owned by the Government and used by the employee or the employee's immediate family for the primary purpose of providing personal transportation





Full text on definition of GLOSSES from the Chicago Manuel of Styles 16th Edition

11.147 GLOSSES IN ASL

The written-language transcription of a sign is called a gloss. Glosses are words from the spoken language written in small capital letters: WOMAN ,SCHOOL , CAT . (Alternatively, regular capital letters may be used.) When two or more written words are used to gloss a single sign, the glosses are separated by hyphens.

The translation is enclosed in double quotation marks. The sign for "a car drove by" is written as VEHICLE -DRIVE -BY.

One obvious limitation of the use of glosses from the spoken/written language to represent signs is that there is no one-to-one correspondence between the words or signs in any two languages.

https://thelawdictionary.org/dog-latin/ - DOG-LATIN - The Latin of illiterate persons; Latin words put together on the English grammatical system.

This is Grammatical Deception Proof.

RHONDA EUNICE SCHOESZLER(ARTIFICIAL PERSON/DRIVER LICENSE) does not mean or read Rhonda-Eunice(Given Names) :Schoeszler(SURNAME)/ Rhonda Eunice Schoeszler - Living woman.

The passport clearly shows I have 3x names = 2x given Names - 1x SURNAME. FORCING me to Identify as a name/SIGN I don't want or have to = Involuntary Slavery/Servitude, Identity Theft, Extortion & NOT-A-BENEFIT. RHONDA EUNICE SCHOESZLER only exists on paper.

It Clearly reads for LAND and SEA Travel. My IDs prove I was not acting in the capacity as a DRIVER at the time of the illegal/unlawful stop. My PLATES give clear indication that I am TRAVELING & my automobile is for NON-COMMERCIAL USE ONLY. FACT is, when Traveling in my Private Property that's unregistered to the STATE not making it a MOTOR VEHICLE, I do not have to have a DRIVER LICENSE as I am not using the roads for commerce. These were the IDs handed to the people involved and all i carry when traveling. They literally STOLE my IDENTITY to create DEBT then force me to pay it via time, money, life & freedom = illegal, unlawful & unconstitutional. The Passport and American State National Credential card is my ID, NOT the DRIVER LICENSE which is a ARTIFICIAL PERSON created for commerce. The 5th Amendment is clear about taking Life, liberty and property... all that happened to me without due process on the side of the road by random people who swore an Oath to Uphold the Constitution Of The United States Of America. I have been subjected to modern day slavery for obeying the Law Of The Land and existing as a living woman & a real American State National/National Of The United States = Native to the states. I, a woman am not an infant or minor, i am the Beneficiary of the LEGAL PERSON created for my Benefit.

The passport clearly reads citizen/national, U.S.A = Natural Law/Common Law & The Constitution of The United States Of America = living man/living woman = Land and Soil Jurisdiction

LEGAL = LEGAL PERSON/ARTIFICIAL PERSON/14th AMENDMENT U.S. PERSON/DRIVER LICENSE = DEAD ENTITY = Code, Policy and Statutes = Sea/Admiralty Maritime Jurisdiction & the Corpus Juris.

It is my lawful right to travel in my private property, in my natural/private person capacity. Literally being forced to identify as a DRIVER 24/7 in order to create revenue for the corporate body politic is involuntary slavery/servitude, a debt slave, illegal, unlawful and unconstitutional.

I do not consent to work for free.



Citation Number: 882403030870

# COMPLAINT/SUMMONS
## STATE OF MINNESOTA
### MINNESOTA STATE PATROL

| County Name: **DAKOTA** | | CN/ICR# **24505700** | | |
|---|---|---|---|---|
| Identification: ☐ DL | ☐ DVS Web | ☐ Photo ID | ☐ FP | ☐ Other |

| Drivers License Number **N544121070813** | State **MN** | |
|---|---|---|
| | | ☐ CDL Holder |

Name - First Middle Last Suffix
**RHONDA EUNICE SCHOESZLER**

Address - Street Apt #
**735 ATWOOD ST S # 735**

| City **SHAKOPEE** | State **MN** | Zip **55379** |
|---|---|---|

| DOB (mm/dd/yyyy) **07/08/1987** | Height **500** | Weight **100** | Eyes **BLU** | Gender **F** |
|---|---|---|---|---|

Juvenile Parent/Guardian

| Vehicle Lic. No. **GYD192** | Plate Expires **11/2022** | Lic. State **MN** | Veh. Year **2006** | Veh. Make **PONT** |
|---|---|---|---|---|

| Veh. Model **GRAND PRIX** | Veh. Style **PC** | ☐ 16+ pass. | Veh. Color **GRY** |
|---|---|---|---|

| Date of Offense **05/24/2024** | Time of Offense **15:25** | Accident/Crash ☐ Property ☐ Injury |
|---|---|---|
| | | ☐ Fatal ☐ Pedestrian ☐ Subst. Bod. Harm |

☐ Driver ☐ Owner ☐ Passenger ☐ Operate ☐ Parked ☐ Booked

Offense Location, City/Community/Township
**97 WB 13 HWY A19 BUR:EST LL(-93.2855,44.7757), BURNSVILLE**

| Offense No. 1 | ☐ 3rd Violation | PETTY MISDEMEANOR |
|---|---|---|
| **VEHICLE REGISTRATION REQUIRED** | | |

Statute **169.79.1**    Speed ___ in ___ Zone

| Offense No. 2 | ☐ 3rd Violation | MISDEMEANOR |
|---|---|---|
| **NO PROOF MV INSURANCE** | | |

Statute **169.791.2(A)**

| Offense No. 3 | ☐ 3rd Violation | MISDEMEANOR |
|---|---|---|
| **OBSTRUCT LEGAL PROCESS-INTERFERE W/PEACE OFFICER** | | |

Statute **609.50.1(2)** *i am NOT a LEGAL PERSON*

| Offense No. 4 | ☐ 3rd Violation | MISDEMEANOR |
|---|---|---|
| **NO DRIVER'S LICENSE IN POSSESSION** | | |

Statute **171.08**

| Offense No. 5 | ☐ 3rd Violation | |
|---|---|---|

Statute

| Offense No. 6 | ☐ 3rd Violation | |
|---|---|---|

Statute

AC Taken - AC:    Test Type:

Unsafe Conditions ☐ Impaired Visibility ☐ Rain ☐ Snow ☐ Fog

☐ Endangering Life & Property ☐ School Zone ☐ Work Zone

☐ Commercial Vehicle   DOT # ☐ Hazardous Material (DOT)

MSP Event # **P240265160**   MSP Code(s): **1403 1409 1823 1204**

☒ **Court Appearance is Required if This Box is Checked**

If this is a payable citation, you must pay the amount owed or schedule an appearance within 30 days from the date the citation was issued. See the right side of this citation for more information.

| Trooper/CVI Name **MIHAI STROGOTEANU** | Badge # **303** | Prosecutor **BURNSVILLE** |
|---|---|---|

| Controlling Agency (CAG) **MNMHP0100** | How Issued ☒ In Person ☐ Mailed ☐ Left at Scene |
|---|---|

To find out if your citation is payable without a court appearance, how much to pay, to schedule a court appearance or if you have any other questions, Call the Minnesota Court Payment Center (CPC) at 651-281-3219 in the metro or 1-800-657-3611 outside of the metro area. Please allow at least 7 business days from the date you receive your citation for processing before calling. You may also go to www.mncourts.gov/fines to find out if your citation is payable and how much to pay, and for other important notices regarding your rights.

If you are charged with no insurance or no proof of insurance, provide any proof of insurance before making a payment. Proof of insurance may be faxed to the CPC at 1-320-231-6507 or mailed to MN Court Payment Center, PO Box 898 Willmar, MN 56201. Call the CPC at the number above one week after faxing to confirm the fax was received and processed.

To pay your citation choose one of the following methods:

**Online:** Using MasterCard or Visa, access www.mncourts.gov/fines. Have your citation number available. A convenience fee will apply.

**By Phone:** Using MasterCard or Visa, call 651-281-3219 in the Metro or 1-800-657-3611 outside of the metro area. Have your citation number available. Disponible por telefono en Espanol. A convenience fee will apply.

**By Mail:** Check or Money Order payable to Court Administration. Send to: Minnesota Court Payment Center, PO Box 898, Willmar, MN 56201. Include a copy of your citation or indicate the citation number on the check or money order.

**In Person:** If you would like to pay your fine in person, you must do so in the county listed at the top of your citation by County Name. Access www.mncourts.gov/fines and go to "Find Courts" to find the location of the courthouse in that County.

You have the right to appear in court. You must pay the amount owed or you may schedule an appearance within 30 days from the date this citation is filed with the court. For more information on making a payment or scheduling a court appearance, call the CPC at the number above. If you want to verify online if your citation is payable and how much to pay, go to www.mncourts.gov/fines and follow the instructions for 'How much is my fine?'

BY PAYING THIS FINE(S), YOU ARE ENTERING A PLEA OF GUILTY to this offense(s) and voluntarily waive your rights to the following: (Minn. R. Crim. P.23.03)
1. To a court trial, if the offense is a petty misdemeanor, or a court or jury trial for all other offenses;
2. To be represented by counsel;
3. To be presumed innocent until proven guilty beyond a reasonable doubt;
4. To confront and cross examine all witnesses; and
5. To either remain silent or to testify on your own behalf.

A guilty plea will result in a conviction. If convicted, you must pay a state imposed surcharge under Minn. Stat. 357.021,subd. 6. The current amount of the required surcharge is $12 for parking-related offenses and $75 for all other offenses, and an additional $1 for citations issued in Ramsey County (Minn. Stat. 169.99). Additionally, a law library fee will be owed. These surcharges and fees are included in the total payable amount provided to you by phone or web. To find out if your citation is payable and how much to pay, contact the CPC at the number above or go to www.mncourts.gov/fines.

Under Minn. Stat. 480.15, subd. 10c, unpaid fines may be referred for collections. You have the right to contest the referral.

Issuance of a worthless check to the court is a crime, and you will be subject to civil and criminal penalties. In addition, a charge of up to $30 will be assessed on all returned checks (Minn. Stat. 604.113, subd. 2).

**Penalties for Failure to Appear or Respond**

Failure to appear or respond as required may result in the following:
- The Department of Public Safety and/or the Department of Natural Resources may be notified of your failure to appear, depending on the charge(s). These agencies may suspend your driver's license or DNR licenses for failing to appear or respond.
- A warrant may be issued for your arrest.
- Late penalties may be assessed.

For Petty Misdemeanors, and Misdemeanors Certified as Petty Misdemeanors, failure to appear or respond as required is considered a waiver of the right to trial, and a guilty plea and conviction will be entered on the charge(s), unless the failure to appear is due to circumstances beyond your control.
(Minn. Stat. 169.91; 609.491; Minn. R. Crim. P. 23.04-23.05.)

**If this is a Juvenile Court Offense:**

The Court will mail further information and instructions to you. You may call the CPC at the number above if you have questions.

*Nothing is Checked.*
*5th Amendment Rights*
*Violations + 18 USC 241/242/112*
*Violations. TOW.iNG*
*ALLENS Towing*
*All involved are being Sued*
*under 42 USC 1983 and*
*Tort Claims*

Citation Number: 882403030870

# COMPLAINT/SUMMONS
## STATE OF MINNESOTA
### MINNESOTA STATE PATROL

County Name: **DAKOTA**                                   CN/ICR# **24505700**

Identification: ☐DL ☐DVS Web ☐Photo ID ☐FP ☐Other

Drivers License Number **I544121070813**          State **MN**          ☐CDL Holder

Name - First Middle Last Suffix
**RHONDA EUNICE SCHOESZLER**

Address - Street Apt #
**735 ATWOOD ST S # 735**

City **SHAKOPEE**          State **MN**          Zip **55379**

DOB (mm/dd/yyyy) **07/08/1987**   Height **500**   Weight **100**   Eyes **BLU**   Gender **F**

Juvenile Parent/Guardian

Vehicle Lic. No. **BYD192**   Plate Expires **11/2022**   Lic. State **MN**   Veh. Year **2006**   Veh. Make **PONT**

Veh. Model **GRAND PRIX**   Veh. Style **PC** ☐16+ pass.   Veh. Color **GRY**

Date of Offense **05/24/2024**   Time of Offense **15:25**   Accident/Crash ☐Fatal ☐Pedestrian ☐Property ☐Subst. Bod. Harm ☐Injury

☑Driver ☐Owner ☐Passenger ☐Operate ☐Parked ☐Booked

Offense Location, City/Community/Township
**37 WB 13 HWY A19 EUR:EST LL(-93.2885,44.7757), BURNSVILLE**

Offense No. 1   ☐ 3rd Violation   PETTY MISDEMEANOR
**VEHICLE REGISTRATION REQUIRED**

Statute **169.79.1**   Speed   In   Zone

Offense No. 2   ☐ 3rd Violation   MISDEMEANOR
**NO PROOF MV INSURANCE**

Statute **169.791.2(A)**

Offense No. 3   ☐ 3rd Violation   MISDEMEANOR
**OBSTRUCT LEGAL PROCESS-INTERFERE W/PEACE OFFICER**

Statute **609.50.1(2)**

Offense No. 4   ☐ 3rd Violation   MISDEMEANOR
**NO DRIVER'S LICENSE IN POSSESSION**

Statute **171.08**

Offense No. 5   ☑ 3rd Violation

Statute

Offense No. 6   ☐ 3rd Violation

Statute

C Taken - AC:          Test Type:

Unsafe Conditions ☐Impaired Visibility ☐Rain ☐Snow ☐Fog

☐Endangering Life & Property ☐School Zone ☐Work Zone

☐Commercial Vehicle   DOT #   ☐Hazardous Material (DOT)

MSP/Event # **P240265160**   MSP Code(s): **1403 1409 1823 1204**

**☒ Court Appearance is Required if This Box is Checked**

If this is a payable citation, you must pay the amount owed or schedule an appearance within 30 days from the date the citation was issued. **See the right side of this citation for more information.**

Trooper/CVI Name **MIHAI STROGOTEANU**   Badge # **303**   Prosecutor **BURNSVILLE**

Controlling Agency (CAG) **MNMHP0100**   How Issued ☒In Person ☐Mailed ☐Left at Scene

---

To find out if your citation is payable without a court appearance, how much to pay, to schedule a court appearance or if you have any other questions, call the Minnesota Court Payment Center (CPC) at 651-281-3219 in the Metro or 1-800-657-3611 outside of the metro area. Please allow at least 7 business days from the date you receive your citation for processing before calling. You may also go to www.mncourts.gov/fines to find out if your citation is payable and how much to pay, and for other important notices regarding your rights.

If you are charged with no insurance or no proof of insurance, provide any proof of insurance before making a payment. Proof of insurance may be faxed to the CPC at 1-520-231-6507 or mailed to MN Court Payment Center, PO Box 898 Willmar, MN 56201. Call the CPC at the number above one week after faxing to confirm the fax was received and processed.

To pay your citation choose one of the following methods:
**Online:** Using MasterCard or Visa, access www.mncourts.gov/fines. Have your citation number available. A convenience fee will apply.
**By Phone:** Using MasterCard or Visa, call 651-281-3219 in the Metro or 1-800-657-3611 outside of the metro area. Have your citation number available. Disponible por teléfono en Español. A convenience fee will apply.
**By Mail:** Check or Money Order payable to Court Administration. Send to: Minnesota Court Payment Center, PO Box 898, Willmar, MN 56201. Include a copy of your citation or indicate the citation number on the check or money order.
**In Person:** If you would like to pay your fine in person, you must do so in the county listed at the top of your citation by County Name. Access www.mncourts.gov/fines and go to "Find Courts" to find the location of the courthouse in that County.

You have the right to appear in court. You must pay the amount owed or you may schedule an appearance within 30 days from the date this citation is filed with the court. For more information on making a payment or scheduling a court appearance, call the CPC at the number above. If you want to verify online if your citation is payable and how much to pay, go to www.mncourts.gov/fines and follow the instructions for "How much is my fine?".

BY PAYING THIS FINE(S), YOU ARE ENTERING A PLEA OF GUILTY to this offense(s) and voluntarily waive your rights to the following: (Minn. R. Crim. P. 23.03)
1. To a court trial, if the offense is a petty misdemeanor, or a court or jury trial for all other offenses;
2. To be represented by counsel;
3. To be presumed innocent until proven guilty beyond a reasonable doubt;
4. To confront and cross examine all witnesses; and
5. To either remain silent or to testify on your own behalf.

A guilty plea will result in a conviction. If convicted, you must pay a state imposed surcharge under Minn. Stat. 357.021,subd. 6. The current amount of the required surcharge is $12 for parking-related offenses and $75 for all other offenses, and an additional $1 for citations issued in Ramsey County (Minn. Stat. 169.99). Additionally, a law library fee will be owed. These surcharges and fees are included in the total payable amount provided to you by phone or web. To find out if your citation is payable and how much to pay, call the CPC at the number above or go to www.mncourts.gov/fines.

Under Minn. Stat. 480.15, subd. 10c, unpaid fines may be referred for collections. You have the right to contest the referral.

Issuance of a worthless check to the court is a crime, and you will be subject to civil and criminal penalties. In addition, a charge of up to $30 will be assessed on all returned checks (Minn. Stat. 604.113, subd. 2).

**Penalties for Failure to Appear or Respond**
Failure to appear or respond as required may result in the following:
- The Department of Public Safety and/or the Department of Natural Resources may be notified of your failure to appear, depending on the charge(s). These agencies may suspend your driver's license or DNR licenses for failing to appear or respond.
- A warrant may be issued for your arrest.
- Late penalties may be assessed.

For Petty Misdemeanors, and Misdemeanors Certified as Petty Misdemeanors, failure to appear or respond as required is considered a waiver of the right to trial, and a guilty plea and conviction will be entered on the charge(s), unless the failure to appear is due to circumstances beyond your control. (Minn. Stat. 169.91; 609.491; Minn. R. Crim. P. 23.04-23.05.)

**If this is a Juvenile Court Offense:**
The Court will mail further information and instructions to you. You may call the CPC at the number above if you have questions.

*ALL BONDS created without right consent or contract is a violation of 18 USC 494.*

*ALLEN'S TOWING*

*The Trooper and tow company is being sued. Anyone who moves this INVALID/UN-LAWFUL claim will be added to the lawsuit in your public/private capacity for 18 USC 241/242 violations.*

I was literally Traveling home from my moms house in my private Property in my private/natural person capacity, not using the roads for commerce acting as DRIVER. NETTELL & those involved have literally forced me into involuntary slavery/servitude to the Business, State Of Minnesota forcing me to identify as a DRIVER and if I do not, my life, liberty and God given right to be a woman is threatened. I am not a criminal. I am an innocent woman. I do not work for State Of Minnesota, this is forced slavery/servitude = 18 USC 241/241 Violations.

It is my God given right to live as a living woman and not as a DRIVER/ARTIFICIAL PERSON/CORPORATION. I never asked or signed up to be Pro Se? I am a woman, not a Pro Se? Again, this is all FORCED.

## Case # 27-VB-23-285478 - State of Minnesota vs RHONDA EUNICE S

I have caused no Loss, Injury or Harm towards any man or woman or Corporation, yet now multiple people can cause me severe Loss, Injury and Harm Under Color Of Law/claiming it's their job?

### Case Information

**Location**
Hennepin Criminal Brookdale

**Category**
Criminal

**Case Type**
Crim/Traf Non-Mand

**Case Initiation Date**
12/28/2023

**Case #**
27-VB-23-285478

### Party Information

| Party Type | Party Name | Lead Attorney |
|---|---|---|
| Jurisdiction | State of Minnesota | ANDREW DRAPER (... |
| Defendant | RHONDA EUNICE SC... | Pro Se |

Add Another Party

### Enter details for this Party

**Party Type**
Jurisdiction

**Lead Attorney**
ANDREW DRAPER (+1 more)

**Business Name**
State of Minnesota

I have been traveling in my automobile/private property for many years. My Passport and American State National credentials is my I.D., NOT the DRIVER LICENSE unless acting in that capacity for work using the roads for commerce. i, Rhonda-Eunice(Given) :Schoeszler(SURNAME), a living woman am not a commercial entity/14th Amendment U.S. PERSON/CORPORATION on the clock 24/7. I am an American State National/National Of the United States in a geographical sense = North Dakotan/Inhabitant.

### Filings

### Enter the details for this filing

**Filing Type**
EFile

**Filing Code**

○ **Support**

You People/man/woman force slavery w/us
Color of Law, an ARTIFICIAL PERSON, a
Criminal Argot Called Legalese, Grammatical
Deception with intent to Cause Loss, Injury
and Harm = 18 USC 241/242 Violations=42USC 1983

LII > Wex > **artificial person** lawsuits and Tort Claims.

14th AMENDMENT U.S. PERSON/CORPORATION

→POLICE OFFICER/SHERIFF/Color of Law

artificial person = DRIVER LICENSE/JUDGE/ATTORNEY

An artificial person is also known as a juridical person; it has a legal name and has certain rights, protections, privileges, responsibilities, and liabilities in law, similar to those of a natural person. In other words, an artificial person is a non-human legal entity that is not a single natural person but an organization recognized by law as a fictitious person. In the United States, an artificial person usually refers to "any entities established under the law of the United States, any foreign country, or a state, province, territory, possession, commonwealth, or dependency of the United States or any foreign country, and as to which the government, state, province, territory, possession, commonwealth or dependency must maintain a record showing the entity to have been established." Specifically, in a business sense, an artificial person is any form of business association and any other non-governmental legal organization, including a profitable or non-profitable corporation, partnership, limited liability company, association, trust, or unincorporated organization.

[Last updated in June of 2022 by the Wex Definitions Team]

- wex
  - CIVICS
  - government
  - COMMERCE
  - commercial activities
  - business law
  - business organizations
  - corporations
  - business sectors
  - commercial transactions
  - legal education and practice

I, a living, lawful woman am NOT
an "IT" with a LEGAL NAME

**368686  Bk 186  Pg 555 - 569**
Big Horn County Recorded 9/21/2023 At 12:00 PM
Kim Yarlott, Clk & Rcdr By
Fee: $130.00 Return To: RHONDA E. SCHOESZLER
735 ATWOOD STREET SOUTH  SHAKOPEE MN 55379

BIGHORN COUNTY RECORDING DISTRICT

RHONDA EUNICE SCHOESZLER, FOREIGN GRANTOR   Rhonda Eunice Schoeszler, American State Grantee

**Acknowledgement, Acceptance and Deed of Re-Conveyance or Conveyance**
**Certificate of Assumed Name**
**Act of Expatriation Rhonda Schoeszler**
**Act of Expatriation Rhonda E. Schoeszler**
**Act of Expatriation Rhonda E Schoeszler**
**Act of Expatriation Rhonda Eunice Schoeszler**
**Cancellation of All Prior Powers of Attorney**
**Foreign Sovereign Immunities Act**
**DNA Paramount Claim**

Return to: Schoeszler, Rhonda Eunice
c/o 735 Atwood Street South, Shakopee, Minnesota U.S.A. [55379]

This cover sheet has been added to these recorded documents to provide space for the recording data.
This cover sheet appears as the first page of the document in the official public record.
Do not detach.

## Acknowledgement, Acceptance and Deed of Re-Conveyance

I, the living woman, Rhonda Eunice Schoeszler, being of age, of sound mind and in good health, free of all duress or improper consideration hereby acknowledge, accept, and re-convey my given lawful Trade Name, Rhonda Eunice Schoeszler to the land and soil known as North Dakota, my native state, together with all derivative names, including Rhonda Eunice Schoeszler, Rhonda Schoeszler, Rhonda E. Schoeszler, Rhonda E Schoeszler, R.E.Schoeszler, Schoeszler, Rhonda Eunice, RHONDA EUNICE SCHOESZLER, RHONDA E. SCHOESZLER, RHONDA E SCHOESZLER, RHONDA SCHOESZLER, R.E. SCHOESZLER, SCHOESZLER, RHONDA EUNICE, and all other variations however styled, punctuated, spelled, ordered, or otherwise represented as pertaining to me and my estate, and hereby declare their permanent domicile on the land and soil known as Minnesota.

All prior Powers of Attorney, all other prior presumed or granted Executorships, Guardianships, and Agency relationships are terminated and revoked effective with my natural birthday July 8th, 1987, as I elect to be recognized as the sole living owner, executor, beneficiary, and agent of my name and estate since my on 21st birthday on July 8th, 2008.

So said, so signed, and so sealed by my living hand this $\underline{3}$ day of September in the year 2023

by: _Rhonda Eunice Schoeszler_ living soul

**Witness Jurat**

Minnesota State

_Scott_ County

I, a Public Notary, was visited today by the living woman known and identified as Rhonda Eunice Schoeszler and she did sign and seal this Acknowledgement, Acceptance and Deed of Re-Conveyance in my presence and did affirm the same in my sight, whereupon I affix my signature and seal as testimony to these facts:

_Tammy R. Durant_ Public Notary;

My commission expires on: _1/31/28_ .

TAMMY RAE DURANT
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/28

368686 Bk186 Pg 557
Big Horn County Recorded 9/21/2023 at 12:00 PM

RETURN TO: RHONDA EUNICE SCHOESZLER, GRANTOR

c/o Schoeszler, Rhonda Eunice, Administrator
ADDRESS: C/O 735 ATWOOD ST S,
SHAKOPEE, MINNESOTA 55379

## CERTIFICATE OF ASSUMED NAME
## NOTICE OF TRANSFER OF RESERVED NAME

Returnee – SCHOESZLER                    **certificate of ownership**

PROVIDING FOR FILING OF NAME[S] WHEN BUSINESS IS CONDUCTED UNDER ASSUMED NAME:
SESSIONS LAW 145;1907; CHAPTER 145 [H.B.64] OF THE STATE OF WASHINGTON; AN ACT
PROVIDING THAT WHEN ANY BUSINESS OTHER THEN A CORPORATION(S) OR LIMITED
PARTNERSHIP, IS CONDUCTED UNDER AN ASSUMED NAME, A CERTIFICATE SHOWING THE REAL
PARTIES IN INTEREST SHALL BE FILED WITH THE COUNTY CLERK AND FIXING A PENALTY x 2. TO
BE DEEMED A PUBLIC OFFICER YOU MUST PRODUCE AND BE VETTED BY THE ADMINISTRATOR
OF THIS DOCUMENT. A LETTER OF INTENT, A LETTER OF COMPLIANCE WITH ALL STATE AND
FEDERAL RULES AND REGULATIONS AS PRESCRIPED BY THE SECRETARY OF STATE OR ANY
PRIVATE PERSON WHO DOES NOT PROPERLY IDENTIFY THEMSELVES UPON REQUEST BY
PRODUCING A BUSINESS LICENSE, A UBI NUMBER, AND A BOND FILLED OUT IN THE C.A.P. NAME
ON THIS CERTIFICATE. ARE FINED ON THE SPOT FOR 500.00 IN CONSIDERATION. FEE SCHEDULE;
TO BE DETERMINED BY THE HEAD ADMINISTRATOR OF THIS DOCUMENT AT THE TIME OF
ENGAGEMENT. AND ALSO THE CORRESPONDING SESSION LAWS OF THE STATE OF ALASKA
INCLUDING CHAPTER 84 OF THE 1961 SESSION LAWS, CHAPTER 84, SECTION 13, "Common Law
Rights" AND AS 10.35.030 (1CHAPTER 33 SLA 1966) TRANSFER OF RESERVED NAME; AND ALSO THE
CORRESPONDING SESSION LAWS OF THE STATE OF MINNESOTA INCLUDING CHAPTER 300 OF
THE 1933 SESSIONS LAWS, CHAPTER 300 (H.F. 883), SECTION 4, CLAUSE V, WHEREAS IT PROVIDES
THAT NOTHING SHALL ABROGATE OR LIMIT THE LAW AS TO UNFAIR COMPETITION OR UNFAIR
PRACTICES, NOR DEROGATE FROM THE COMMON LAW, THE PRINCIPLES OF EQUITY, OR THE
STATUTES OF THIS STATE OR THE UNITED STATES WITH RESPECT TO THE RIGHT TO ACQUIRE
AND PROTECT TRADE NAMES.

Where as GRANTOR is a Cestui Que Vie TRUST formed without the knowledge or consent of the Grantee and
has accumulated unauthorized debt against the ESTATE benefiting secondary beneficiaries merely presumed to
exist and claiming to have an interest in the ESTATE established under the MUNICIPAL LAW OF THE
DISTRICT OF COLUMBIA and the DISTRICT OF COLUMBIA MUNICIPAL CORPORATION, the actual
Grantee, the living man known to the public as Rhonda Eunice Schoeszler invokes the provisions of Article IV of
the Cestui Que Vie Act 1666 as one "having been found to be alive" and to be owed all benefit, control, and interest
in the GRANTOR TRUST ESTATE set free and clear of all liens, debts, titles held under color of law, tithes, fees,
and all other encumbrances established by the United States of America, Inc., THE UNITED STATES OF
AMERICA, INC., the UNITED STATES, (INC.), USA, Inc., E Pluribus Unum the United States of America and
all and any franchises thereof ab initio from the date of first registration of the ESTATE TRUST and all and any
derivatives thereof, including but not limited to RHONDA SCHOESZLER and RHONDA EUNICE
SCHOESZLER and RHONDA E. SCHOESZLER and RHONDA E SCHOESZLER and SCHOESZLER,
SCHOESZLER EUNICE and Rhonda Schoeszler and Rhonda Eunice Schoeszler and Rhonda E. Schoeszler and

Rhonda E Schoeszler and Schoeszler, Rhonda Eunice and any other styles, punctuations, orders, abbreviations or variations of my Trade Name.

**REGISTRATION REASON:**

REINSTATEMENT OF ACTUAL HOLDER IN DUE COURSE OF ESTATE NAME AND ESTATE PROPERTY AND ALL INTEREST DUE: PUBLIC AND PRIVATE RECOGNITION OF GRANTEE AS HOLDER IN DUE COURSE AND LAWFUL ENTITLEMENT HOLDER OF FOREIGN GRANTOR TRUST NAMED RHONDA EUNICE SCHOESZLER AS OF 7 JULY, 1987.

**BUSINESS INFORMATION:**
LEGAL ENTITY; HEIR GRANTEE, PRIVATE, PUBLIC, SIGNATURE TRUST
BUSINESS DESCRIPTION; **COMMERCE, GRANTOR, PRIVATE, PUBLIC, SIGNATORY**
**BUSINESS NAME:**
D.B.A RHONDA EUNICE SCHOESZLER and SCHOESZLER, RHONDA EUNICE and RHONDA SCHOESZLER and RHONDA E SCHOESZLER and RHONDA E. SCHOESZLER and all and any derivatives thereof in any way related to the ESTATE so NAMED.

**PHYSICAL POST OFFICE ADDRESS:**
C/O 735 ATWOOD ST S, SHAKOPEE, MINNESOTA 55379

**OWNER INFORMATION:**

True and Real Trade Name: Grantee, Private, Signatory, Beneficiary, Holder, Transferee:
First Name: Rhonda
Middle Name: Eunice
Last Name: Schoeszler
STYLE: Bicameral & Surname
Post Office Address (Physical):
c/o 735 Atwood Street South, Shakopee, Minnesota Postal Code Extension 55379
Post Master Location: 103 Sommerville Street South, Shakopee, Minnesota Postal Code Extension 55379

THIS CERTIFICATE IS TO CONDUCT BUSINESS IN COMMERCE IN AN ASSUMED NAME DESIGNED TO ACCOMPANY NEW BUSINESS ACCOUNT REGISTRATION.

I am claiming the writ of Habeas Corpus to institute and maintain actions of any kind in the courts of "this" state while maintaining true domicile on the land of these United States, to take, hold and dispose of property either Real, Intangible or Personal held in the name of the FOREIGN GRANTOR TRUST dba RHONDA EUNICE SCHOESZLER together with all derivative NAMES and Names and styles thereof, together with guarantee of pre-payment and exemption from Taxes, Tithes, and Fees, together with re-conveying all actual assets rightfully belonging to the Lawful Holder in Due Course.

Under the form of creating a qualification or attaching a condition, the United States and United States of America however styled or construed cannot, in effect, inflict a punishment for a past act which was not punishable at the time it was committed and which was not the knowing, willing, and consensual act of the actual Holder in Due Course of the given name and estate.

All violators, agents, actors under color of law, and actions under color of authority claimed by any corporations, associations, or subcontractors, agencies or agents of any kind or like violating or attempting to violate the political status and Title Order of the Grantee at any time past, present, or future shall be liable severally, and jointly to this certificate as an affidavit of obligation in the normal commercial sense and as such is a severity representing accounts receivable and is a lien upon the real and movable property, malpractice insurance and performance bonds of any such violators and is not dischargeable in bankruptcy court or subject to any probate claim; at all times the owner/holder in due courses' property is exempt from third party levy and all related vessels in commerce and in trade are tax pre-paid.

This shall also serve as Mandatory Notice required under the Foreign Sovereign Immunities Act that the Living Soul, Owner, Proprietor, Holder-in-Due Course, Indemnitee, is a Foreign Sovereign owed all rights, guarantees, and protections of The Constitution for the united States of America and all assets owed to the Priority Creditors of the Territorial United States and the Municipal United States. This Foreign Sovereign, Rhonda Eunice Schoeszler, retains all rights in reversion and is not subject to any conference of citizenship or other merely presumed benefit or obligation.

368686 Bk186 Pg 559
Big Horn County Recorded 9/21/2023 at 12:00 PM

ISSUED THIS 3 DAY OF SEPTEMBER IN THE YEAR 2023 ON AND FOR THE COUNTY OF SCOTT ON THE STATE OF MINNESOTA; NOTICE TO AGENTS IS NOTICE TO PRINCIPALS, NOTICE TO PRINCIPALS IS NOTICE TO AGENTS; WITNESS BY NOTARY DOES NOT ALTER STATUS.

by: *Rhonda Eunice Schoeszler* Signature, all rights reserved.

ACKNOWLEDGMENT OF HEAD ADMINISTRATOR FROM HOME OFFICE, **Private Banker, UCC-1-201, 1-308:** c/o Rhonda Eunice Schoeszler, TRUE AND REAL TRADE NAME BY MY HAND AND SEAL I TAKE OFFICE WITHOUT ENCUMBRANCE AND WITHOUT DEBT OR OTHER OBLIGATION, FULLY EXEMPT, INDEMNIFIED, AND WITHOUT GRANT OF ANY OTHER POWER OF ATTORNEY DBA: RHONDA EUNICE SCHOESZLER & SCHOESZLER, RHONDA EUNICE and ALL DERIVATIVES INCLUDING THONDA E, SCHOESZLER and RHONDA E SCHOESZLER and RHONDA SCHOESZLER at C/O 735 ATWOOD STREET SOUTH, SHAKOPEE, MINNESOTA, 55379 RETURNEE: SCHOESZLER.

These provisions and copyrights are in effect from July 7th, 1987 onward and the Name/NAMES are re-venued and permanently domiciled on the land and soil of the United States and upon land and soil of Minnesota.

## Notary Witness and Acknowledgement

Minnesota State

Scott County

Today before me, a Commissioned Public Notary, visited the living woman known to me to be Rhonda Eunice Schoeszler and she did Issue this Certificate of Assumed Name as shown and she also affirmed her testimony as shown before me this 3 day of September in the Year 2023, in Witness whereof I set my Signature and Seal:

*Tammy R. Durn* Public Notary;

My Commission Expires On: 1/31/28



TAMMY RAE DURANT
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/28

368686 Bk186 Pg 560
Big Horn County Recorded 9/21/2023 at 12:00 PM

## ACT OF EXPATRIATION
## AND OATH OF ALLEGIANCE

Whereas RHONDA SCHOESZLER is a naturalized "citizen of the United States" under the Diversity Clause of the Constitution(s) and is the age of majority and whereas such citizenship was never desired nor intended nor willingly nor voluntarily entered into under conditions of full disclosure RHONDA SCHOESZLER willingly and purposefully renounces all citizenship or other assumed political status related to the United States defined as "the territories and District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864) and its government, a corporation doing business variously as the UNITED STATES, UNITED STATES OF AMERICA, Municipal Corporation of the District of Columbia, etc. formed under the Act of 1877, and does repatriate to the land of HER birth known as North Dakota and does freely affirm HER allegiance to the same actual and organic state of the Union and does accept and reclaim HER true Nationality as an American State National and an American State Vessel in all international trade and commerce owned and operated by Schoeszler, Rhonda, c/o 735 Atwood Street South, Shakopee, Minnesota Postal Code Extension 55379.

This action I validate, certify, Witness and affirm this $3$ day of September, 2023;

by: Rhonda Eunice Schoeszler  Rhonda Schoeszler

**Notary Witness**

Minnesota State

Scott            County

Before me this $3rd$ day of September 2023 did appear one RHONDA SCHOESZLER and she did establish this Act of Expatriation and Oath of Allegiance freely and without coercion, in Witness whereof I set my sign and seal:

Tammy R. Durant        Public Notary;

My commission expires on  1/31/28



TAMMY RAE DURANT
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/26

368686 Bk186 Pg 561
Big Horn County Recorded 9/21/2023 at 12:00 PM

## ACT OF EXPATRIATION
## AND OATH OF ALLEGIANCE

Whereas RHONDA E. SCHOESZLER is a naturalized "citizen of the United States" under the Diversity Clause of the Constitution(s) and is the age of majority and whereas such citizenship was never desired nor intended nor willingly nor voluntarily entered into under conditions of full disclosure RHONDA E. SCHOESZLER willingly and purposefully renounces all citizenship or other assumed political status related to the United States defined as "the territories and District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864) and its government, a corporation doing business variously as the UNITED STATES, UNITED STATES OF AMERICA, Municipal Corporation of the District of Columbia, etc. formed under the Act of 1877, and does repatriate to the land of HER birth known as North Dakota and does freely affirm HER allegiance to the same actual and organic state of the Union and does accept and reclaim HER true Nationality as an American State National and an American State Vessel in all international trade and commerce owned and operated by Schoeszler, Rhonda E., c/o 735 Atwood Street South, Shakopee, Minnesota Postal Code Extension 55379.

This action I validate, certify, Witness and affirm this _3_ day of _September_, 2023:

by: _Rhonda Eunice Schoeszler_          Rhonda E. Schoeszler

**Notary Witness**

Minnesota State

_Scott_ County

Before me this _3rd_ day of _September_ 2023 did appear one RHONDA E. SCHOESZLER and she did establish this Act of Expatriation and Oath of Allegiance freely and without coercion, in Witness whereof I set my sign and seal:

_Tammy R. Durant_ Public Notary;

My commission expires on _1/31/28_

TAMMY RAE DURANT
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/28

368686 Bk186 Pg 562
Big Horn County Recorded 9/21/2023 at 12:00 PM

## ACT OF EXPATRIATION
## AND OATH OF ALLEGIANCE

**Whereas RHONDA E SCHOESZLER is a naturalized "citizen of the United States" under the Diversity Clause of the Constitution(s) and is the age of majority and whereas such citizenship was never desired nor intended nor willingly nor voluntarily entered into under conditions of full disclosure RHONDA E SCHOESZLER willingly and purposefully renounces all citizenship or other assumed political status related to the United States defined as "the territories and District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864) and its government, a corporation doing business variously as the UNITED STATES, UNITED STATES OF AMERICA, Municipal Corporation of the District of Columbia, etc. formed under the Act of 1877, and does repatriate to the land of HER birth known as North Dakota and does freely affirm HER allegiance to the same actual and organic state of the Union and does accept and reclaim HER true Nationality as an American State National and an American State Vessel in all international trade and commerce owned and operated by Schoeszler, Rhonda E, c/o 735 Atwood Street South, Shakopee, Minnesota, Postal Code Extension 55379.**

**This action I validate, certify, Witness and affirm this _3_ day of _September_, 2023:**

by: _Rhonda Eunice Schoeszler_   Rhonda E Schoeszler

**Notary Witness**

Minnesota State

_Scott_ **County**

**Before me this _3rd_ day of _September_ 2023 did appear one RHONDA E SCHOESZLER and she did establish this Act of Expatriation and Oath of Allegiance freely and without coercion, in Witness whereof I set my sign and seal:**

_Tammy R. Durant_ **Public Notary**

**My Commission Expires On _1/31/28_**

TAMMY RAE DURANT
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/28

368686 Bk186 Pg 563
Big Horn County Recorded 9/21/2023 at 12:00 PM

## ACT OF EXPATRIATION
## AND OATH OF ALLEGIANCE

Whereas RHONDA EUNICE SCHOESZLER is a naturalized "citizen of the United States" under the Diversity Clause of the Constitution(s) and is the age of majority and whereas such citizenship was never desired nor intended nor willingly nor voluntarily entered into under conditions of full disclosure RHONDA EUNICE SCHOESZLER willingly and purposefully renounces all citizenship or other assumed political status related to the United States defined as "the territories and District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864) and its government, a corporation doing business variously as the UNITED STATES, UNITED STATES OF AMERICA, Municipal Corporation of the District of Columbia, etc. formed under the Act of 1877, and does repatriate to the land of HER birth known as North Dakota and does freely affirm HER allegiance to the same actual and organic state of the Union and does accept and reclaim HER true Nationality as an American State National and an American State Vessel in all international trade and commerce owned and operated by Schoeszler, Rhonda Eunice, c/o 735 Atwood Street South, Shakopee, Minnesota, Postal Code Extension 55379.

This action I validate, certify, Witness and affirm this __3__ day of __September__, 2023:

by: __Rhonda Eunice Schoeszler__    Rhonda Eunice Schoeszler

**Notary Witness**

Minnesota State

__Scott_____ County

Before me this __3rd__ day of __December__ 2023 did appear one RHONDA EUNICE SCHOESZLER and she did establish this Act of Expatriation and Oath of Allegiance freely and without coercion, in Witness whereof I set my sign and seal:

__Tammy R. Durant__ **Public Notary;**

**My commission expires on** __1/31/28__



TAMMY RAE DURANT
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/28

368686 Bk186 Pg 564
Big Horn County Recorded 9/21/2023 at 12:00 PM

## Cancellation of All Prior Powers of Attorney

All prior Powers of Attorney granted by Rhonda Eunice Schoeszler are removed, cancelled, and permanently revoked effective July 7th, 1987.

Rhonda Eunice Schoeszler is Attorney-in-Fact for all purposes related to the administration of her estates and all correspondence should be addressed to: Rhonda Eunice Schoeszler, c/o 735 Atwood Street South, Shakopee, Minnesota 55379.

by: _Rhonda Eunice Schoeszler_ this _3_ day of September, 2023

### Public Notary Witness

Minnesota   State
_Scott_   County

I, _Tammy Durant_, a Public Notary, was visited today, September _3rd_, 2023, by the woman known to me to be Rhonda Eunice Schoeszler, and she did affirm and sign this Cancellation of All Prior Powers of Attorney in my presence for the purposes stated, in witness whereof I set my sign and seal:

by: _Tammy R. Durant_ Public Notary;

My Commission expires on: _1/31/28_



TAMMY RAE DURANT
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/28

## Reported to House with amendment(s) (09/09/1976)

Foreign Soverign Immunities Act - Grants United States District Courts original jurisdiction, without regard to amount in controversy, of any nonjury civil action against a foreign state as to any claim for relief in person with respect to which the foreign state is not entitled to immunity.

States that, in all such cases, district courts shall have personal jurisdiction over a foreign state where the prescribed service of process is made.

Relates the Congressional finding that determination by the United States courts of the claims of foreign states to immunity would serve the interests of justice and would protect the rights of both foreign states and litigants in U.S. courts. Defines "foreign state," "commercial activity," and other terms for purposes of this Act.

Provides that, subject to existing international agreements to which the U.S. is a party at the time of enactment of these provisions, foreign states are immune from the jurisdiction of U.S. courts except as provided in this Act.

Declares that a foreign state is not immune from the jurisdiction of U.S. courts if: (1) the state has waived its immunity either explicitly or by implication; (2) the action is based upon specified commercially related activities; (3) the action is based upon rights in specified property, connected with commercial activity, taken in violation of international law; (4) the issue is rights in U.S. property acquired by succession or gift or rights in immovable U.S. property; or (5) money damages are sought against a foreign state for personal injury or death, or damage to or loss of property, occurring in the U.S. and caused by the tortious act or omission of the foreign state or its official or employee acting within the scope of his office or employment.

Exempts from the last category claims based upon discretionary functions and claims arising out of malicious prosecution, abuse of process, libel, slander, misrepresentation, deceit, or interference with contract rights.

Declares that foreign states are not immune from the jurisdiction of U.S. courts in the case of admiralty suits brought to enforce a maritime lien against a foreign state's vessel or cargo, which lien is based upon the state's commercial activity. Provides, however, that proper notice must be given to the person, or his agent, having possession of the vessel or cargo against the lien asserted and to the foreign state. States that the lien shall thereafter be deemed an in personam claim against the foreign state and that the court may not award judgment greater than the value of the vessel or cargo.

Denies a foreign state, which brings or intervenes in an action in a U.S. court, immunity with respect to any counterclaim; (1) where it would not otherwise be entitled to immunity under this Act had such claim been brought in a separate action against the foreign state; (2) arising out of the transaction or occurrence that is the subject matter of the foreign state's claim; or (3) to the extent that the counterclaim does not seek relief exceeding in amount or differing in kind from that sought by the foreign state.

Stipulates procedures for service of process, time to answer, and default.

Provides that, subject to existing agreements to which the U.S. is a party at the time of enactment of this Act, property of a foreign state in the U.S. shall be immune from attachment, arrest, and execution except as permitted in this Act.

Excepts from such immunity specified U.S. property used by a foreign state for commercial activity and any property of the U.S. of an agency or instrumentality of a foreign state which engages in commercial activity in the U.S. subject to enumerated restrictions and conditions.

Excludes from attachment or any other judicial process the property of those organizations designated by the President as entitled to fall within the provisions of the International Organizations Immunities Act. Immunizes also, from attachment and execution, property: (1) of a foreign central bank or monetary authority held or its own account, unless it, or its parent government, has waived such immunity; and (2) used, or intended for use, in connection with a military activity where the property is of a military character and is under the control of a military authority or defense agency.---Specifies the proper district for bringing civil actions against a foreign state. Provides for removal of such cases from State to U.S. district courts by the foreign state.---Declares that these provisions shall take effect 90 days after enactment. Adds 28 U.S.C. 1330,1602-11; Amends 28 U.S.C. 1332, 1391, 1441.

368686 Bk186 Pg 565
Big Horn County Recorded 9/21/2023 at 12:00 PM

### Mandatory Notice
### Foreign Sovereign Immunities Act
### Sections 1605 and 1607
### Notice of Liability:
### 18 USC 2333, 18 USC 1341 and 1342

This **Mandatory Notice** is provided to all **Territorial United States** District and State and County Courts, their officers, clerks, administrators, bailiffs, sheriffs, deputies, and employees and **all Municipal Appointees** including their DISTRICT, STATE, and COUNTY COURTS, their OFFICERS, ADMINISTRATORS and EMPLOYEES:

The vessels doing business as Rhonda Eunice Schoeszler and not limited to Rhonda Schoeszler, Rhonda E. Schoeszler, Rhonda E Schoeszler, R.E. Schoeszler, R. Schoeszler, Rhonda Eunice, RHONDA EUNICE SCHOESZLER, RHONDA SCHOESZLER, RHONDA E. SCHOESZLER, RHONDA E SCHOESZLER, R.E. SCHOESZLER, R. SCHOESZLER, RHONDA SCHOESZLER together with all derivatives and permutations and punctuations and orderings of these names, are not acting in any federal territorial or municipal capacity and have not knowingly or willingly acted in any such capacity since the day of nativity: July, 7th 1987. All vessels are duly claimed by the Holder in Due Course and held under published Common Law Copyright since July 7th 1987.

These vessels are publishing **Mandatory Notice** that they are **Foreign Sovereigns** from the North Dakota state of **The United States of America (unincorporated)**. This is your **Mandatory Notice** that these above-named vessels are owed all material rights, duties, exemptions, insurances, treaties, bonds, agreements, and guarantees including, but not limited to, indemnity and full faith and credit; you are also hereby provided with **Mandatory Notice** that these vessels are **not subject** to Territorial or Municipal/MUNICIPAL United States/UNITED STATES law and are owed **The Law of Peace**, Department of the Army Pamphlet 27-161-1, from all Territorial and Municipal/MUNICIPAL Officers/OFFICERS and employees who otherwise have no permission to approach or address them.

Any harm resulting from trespass upon these vessels or the use of fictitious names or titles related to them shall be subject to full commercial liability and penalties per: 18 USC 2333, 18 USC 1341 and 1342.

So said, signed, and sealed this _____6th_____ day of September, 2023 in ____Scott____ County, Minnesota, The United States of America (unincorporated) and without the United States:

by: _Rhonda Eunice Schoeszle_____ Rhonda Eunice Schoeszler;

All Rights Reserved, Without Prejudice, Without Recourse.

### Public Notary Witness and Acknowledgement

Minnesota State
Scott _____ County

Today before me, a Commissioned Notary is the living woman known to me to be Rhonda Eunice Schoeszler and she did issue this **Mandatory Notice** as shown and she also affirmed her testimony as shown before me this __6__ day of September in the year 2023, in Witness whereof I set my Signature and Seal:

_Tammy R. Durant_ Public Notary
My commission expires on: _1/31/28_.
Mandatory Notice FSIA – Rev05-2023



TAMMY RAE DURANT
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/28

368686 Bk186 Pg 566
Big Horn County Recorded 9/21/2023 at 12:00 PM

**Paramount Claim of the Life and the Estate of the** Rhonda Eunice Schoeszler
Born July 8th, 1987 in Fargo, North Dakota
Douglas George Schoeszler X Dianne Suzette Hawkinson
The United States of America

Whereas I, the living woman known as Rhonda Eunice Schoeszler am the result of the life and
love and physical embodiment of my parents, the living man known as Douglas George
Schoeszler and the living woman known as Dianne Suzette Hawkinson now therefore I am their
living daughter from the moment of conception and from the first combining of their unique
genetic code to create my unique genetic code and my zygote in support of my physical
embodiment then and now, and as I am the only true and surviving inheritor, I hereby publish my
claim and recording of the facts:

The Afterbirth composed of a placenta, umbilical cord, and fetal tissues which accompanied me
into this world and which was in possession of my DNA was never a viable separate living
organism and was instead a portion of my flesh akin to any hair, skin, or other representation of
my genetic content, that was not abandoned, not donated, and not returned to me or my parents
for burial. No separate estate, living status, ownership interest or death apart from my own life
may be claimed in behalf of the Afterbirth or other waste resulting from my birth, from my
shedding of hair, my shedding of skin, the deposit of my fingerprints or any other DNA-
containing substance whatsoever;

I hereby establish my Paramount Claim upon my unique DNA as the only lawful and living
inheritor thereof from the moment of my conception forward and I also publish my nullification
of any claim of ownership or material interest in my DNA based upon samples procured from
any bodily waste or substance for any purpose;

As witness to my claims, I here affix the Signature and Seal of my Lawful Person, retaining all
rights and prerogatives thereof:

by: *Rhonda Eunice Schoeszler*          Living Soul, All Rights Reserved

**Public Notary Witness**

Minnesota State
Scott County

Today, on the 6 day, of September, in the year 2023, I was visited by a woman properly
identified or known to me to be Rhonda Eunice Schoeszler and she did establish this record
before me and sign it for the purposes stipulated herein, and I do accordingly add my signature
and seal:

*Tammy R. Durant* Public Notary;
My commission expires on: 1/31/28

TAMMY RAE DURANT
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/28

Paramount Claim of Life DNA – Rev05-2023

368686 Bk186 Pg 567
Big Horn County Recorded 9/21/2023 at 12:00 PM

Mn-70-2023-000007





# The United States of America — The Minnesota Assembly
## "Declaration of the Naturalization Act of July 1779 "

I declare that I am the owner and operator of my vessels on Earth from the moment my zygote first formed, together with all DNA and all substance matter in any way associated with me and my incarnation, and I further declare that I accept my divine origin and all honor, right, title, and material interests I am owed;

I declare my political status as an American state national born within the physical borders of *North Dakota* state;

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I reject, renounce and remove all Powers of Attorney granted by me, or issued under my name, prior to this day;

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and from without the United States of America Territories, that I reject, renounce and remove all and any allegiance to any king or prince, any foreign state, foreign government, flag or thing;

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories that I have never knowingly, willingly, or voluntarily pledged myself to any incorporated entity at all, including but not limited to any incorporated church, synagogue, mosque or temple;

I declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I have never knowingly, willingly or voluntarily pledged myself to any foreign sovereign or separated myself from my birthright political status;

I declare, publish and affirm under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that my house is established in *Scott* County and my home is established in Minnesota, and no other presumption or impersonation is allowed;

I declare under the aforementioned penalties that I am a Lawful Inheritor, Landlord, Keeper, and Guardian of the Rightful and Lawful Government of this country, acting with Full Right, Authority, Responsibility and Honor, now and always while my tenure on Earth shall last—and I present this Declaration of the Naturalization Act of 1779 and place it upon the Public Record of The Minnesota Assembly.

### Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents

This Declaration is valid and true, correct, and complete in all jurisdictions of law: air, land, and sea. So said, so signed and so sealed by my living hand this *27* day of the month of *August* , in the year 2023;

by: *Rhonda Eunice Schoeszl*

### Recording Secretary and International Notarial Witness

Minnesota
*McLeod*____ County

I, a Recording Secretary and International Notarial Witness, affirmed by The Minnesota Assembly, do hereby affirm that the Declarant has been positively identified and I have witnessed their autograph of this Declaration of the Naturalization Act of 1779;

by: *Mari Frances Gr*____
The Minnesota Assembly – Recording Secretary

## Common Carry Declaration

I, Rhonda Eunice Schoeszler, a living woman over the age of 21, a declared American State National, of sound mind and body, do affirm and declare that I responsibly exercise my right to bear arms, as a peaceful, private American, in fulfilling my duty to uphold the public law and keep the peace, I will utilize my weapons through visible or concealed carry as is appropriate.

So signed and sealed this __27__ day of August, 2023.

by: _Rhonda Eunice Schoeszle_

By: Rhonda Eunice Schoeszler
All Rights Reserved
Without Prejudice

### Recording Secretary and International Notarial Witness

Minnesota
__McLeod__ County

I, a Recording Secretary and International Notarial Witness elected by The Minnesota Assembly, do hereby affirm that the woman Rhonda Eunice Schoeszler has been positively identified and I have witnessed her autograph of this Common Carry Declaration before me this __27th__ day of August in the year 2023.

by: _Mari Frances G_
The Minnesota Assembly- Recording Secretary



368686 Bk186 Pg 569
Big Horn County Recorded 9/21/2023 at 12:00 PM

# Declaration of Political Status

I, the living woman, Rhonda Eunice Schoeszler, affirm and declare that I am an American State National and have returned to my lawful birthright political status as a North Dakotan. As a member of the General Public, I keep the peace and I uphold the Public Law.

I am an Inheritor of and Living and Present Heir to the Trust Indenture established by the unanimous Declaration of Independence, 1776, the Organic Laws of my State and Country, and the applicable Unrevised United States Statutes at Large as they pertain to the general populace and the Military Law of Peace.

I claim all guarantees provided by three Federal Constitutions, all rights, all remedies, and all exemptions, including but not limited to:

1. Reversionary Trust Interest, 12 USC 95(a)
2. Regulation Z
3. Lawful Money
4. The Enabling Clause, before every Act of Congress
5. The Brother's Keeper Clause, 18 USC 241 and 242
6. West Virginia v. EPA (2022) and antecedent case Norton v. Shelby County, 118 U.S. 425 (1886)

I, am not, nor have I ever knowingly and with full disclosure been, a pauper, debtor, rebel, combatant, foreign agent, public dependent, Territorial U.S. Citizen, a Municipal citizen of the United States, or in any way separated from the organic States of the Union.

This I declare and affirm under penalty of perjury under the Public Law of The United States of America.

So Autographed and so Sealed this __27__ day of August in the year 2023.

by: *Rhonda Eunice Schoeszler*
Rhonda Eunice Schoeszler
All Rights Reserved, Without Prejudice

## Assembly Recording Secretary Witness

Minnesota
McLeod County

Today before me, **Mari Frances Gack**, a Recording Secretary and International Notarial Witness, elected by The Minnesota Assembly, is the living woman known to me to be Rhonda Eunice Schoeszler, and she did issue this Declaration of Political Status as shown and she also affirmed her testimony as shown before me this __27th__ day of August in the year 2023, in Witness whereof I set my Autograph and Seal:

by: *Mari Frances Gack*
The Minnesota Assembly – Recording Secretary



Declaration of Political Status – Rhonda Eunice Schoeszler
Page 1 of 1

Sent via Registered Mail: # *RB399024745US*

Date: September 6th, 2023
Rhonda Eunice Schoeszler
In Care Of: 735 Atwood Street South
Shakopee, Minnesota [55379]
Non-Domestic. Without the U.S.

Steve Simon
Secretary of the State of Minnesota
180 State Office Building
100 Rev. Dr. Martin Luther King Jr. Blvd
Saint Paul MN 55155

RE: Declaration of Political Status

Dear Secretary Simon,

This notice is to provide you a copy of my Declaration of Political Status that affirms that I have returned to my lawful birthright political status as a North Dakotan. As a member of the General Public, I keep the peace and I uphold the Public Law.

I am an Inheritor of and Living and Present Heir to the Trust Indenture established by the unanimous Declaration of Independence, 1776.

I claim all guarantees provided by three Federal Constitutions (1787, 1789 & 1790 respectively), all rights, all remedies, and all exemptions, including but not limited to: Reversionary Trust Interest, 12 USC 95(a), Regulation Z, Lawful Money, The Enabling Clause before every Act of Congress, The Brother's Keeper Clause 18 USC 241 and 242, West Virginia v. EPA

Let it be clear that I am not a Territorial United States Citizen nor a Municipal citizen of the United States, nor the "Creation" of any "Act of Congress."

by: *Rhonda Eunice Schoeszler*
Rhonda Eunice Schoeszler
All Rights Reserved Without Prejudice

Sent via Registered Mail: # RB399024768US

Date: September 6th, 2023
Rhonda Eunice Schoeszler
In Care Of: 735 Atwood Street South
Shakopee, Minnesota [55379]
Non-Domestic, Without the U.S.

Rena Bitter, Assistant Secretary of State for Consular Affairs Bureau of Consular Affairs
U.S. Department of State
2201 C Street NW
Washington, DC 20520

RE: Notice of Declaration of Political Status

Dear Assistant Secretary Rena Bitter,

This notice is to provide you a copy of my Declaration of Political Status that affirms that I have returned
to my lawful birthright political status as a North Dakotan. As a member of the General Public, I keep the
peace and I uphold the Public Law.

I am an Inheritor of and Living and Present Heir to the Trust Indenture established by the unanimous Dec-
laration of Independence, 1776.

I claim all guarantees provided by three Federal Constitutions (1787, 1789 & 1790 respectively), all rights,
all remedies, and all exemptions, including but not limited to: Reversionary Trust Interest, 12 USC 95(a),
Regulation Z, Lawful Money, The Enabling Clause before every Act of Congress, The Brother's Keeper
Clause 18 USC 241 and 242. West Virginia v. EPA

Let it be clear that I am not a Territorial U.S. Citizen nor a Municipal citizen of the United States, nor the
"Creation" of any "Act of Congress."

Please find enclosed a certified copy of my documents that have been published on the public record of the
Land Recording Office https://everify.americanstatenationals.us/ Also find enclosed prior notice sent to
Secretary Antony J. Blinken, Secretary Of State Steve Simon as I domicile permanently on Minnesota.

With this notice, **please fully inform all federal, FEDERAL, state and STATE government depart-
ments of my political status correction** (ie. State Department passport office, IRS, Internal Revenue Ser-
vice, State of Minnesota Department of Revenue, State of Minnesota Department of Motor Vehicles, Min-
nesota DMV, Minnesota Attorney General Keith Ellison, Minnesota Secretary of State Steve Simon, Scott
County judicial district and all the judicial districts in Minnesota) informing them that I am a living man
standing peacefully in honor on the land and soil jurisdiction.

Enclosed: Declaration of Political Status and a copy of my birth certificate.

**Notice to Agents is notice to Principals, Notice to Principals is notice to Agents.**

by: _Rhonda Eunice Schoeszle_
Rhonda Eunice Schoeszler
All Rights Reserved Without Prejudice

Cc: Antony Blinken and Steve Simon, Minnesota Secretary of State

Sent via Registered Mail: # RB399024754US

Date: September 6th, 2023
Rhonda Eunice Schoeszler
In Care Of: 735 Atwood Street South
Shakopee, Minnesota [55379]
Non-Domestic, Without the U.S.

Antony J. Blinken
Office of the Secretary of State
2201 C Street NW
Washington, D.C. 20520

RE: Declaration of Political Status

Dear Secretary Blinken,

This notice is to provide you a copy of my Declaration of Political Status that affirms that
I have returned to my lawful birthright political status as a North Dakotan. As a member
of the General Public, I keep the peace and I uphold the Public Law.

I am an Inheritor of and Living and Present Heir to the Trust Indenture established by the
unanimous Declaration of Independence, 1776.

I claim all guarantees provided by all three Federal Constitutions (1787, 1789 & 1790
respectively), all rights, all remedies, and all exemptions, including but not limited to:
Reversionary Trust Interest, 12 USC 95(a), Regulation Z, Lawful Money, The Enabling
Clause before every Act of Congress, The Brother's Keeper Clause 18 USC 241 and 242,
West Virginia v. EPA

Let it be clear that I am not a Territorial U.S. Citizen nor a Municipal citizen of the Unit-
ed States, nor the "Creation" of any "Act of Congress."

by: *Rhonda Eunice Schoeszler*
Rhonda Eunice Schoeszler
All Rights Reserved, Without Prejudice.



WIKIPEDIA

# Freedom of movement under United States law

**Freedom of movement under United States law** is governed primarily by the Privileges and Immunities Clause of the United States Constitution which states, "The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States." Since the circuit court ruling in *Corfield v. Coryell*, 6 Fed. Cas. 546 (1823), freedom of movement has been judicially recognized as a fundamental Constitutional right. In *Paul v. Virginia*, 75 U.S. 168 (1869), the court defined freedom of movement as "right of free ingress into other States, and egress from them."[1] However, the Supreme Court did not invest the federal government with the authority to protect freedom of movement. Under the "privileges and immunities" clause, this authority was given to the states, a position the court held consistently through the years in cases such as *Ward v. Maryland*, 79 U.S. 418 (1871), the *Slaughter-House Cases*, 83 U.S. 36 (1873) and *United States v. Harris*, 106 U.S. 629 (1883).[2][3]

## Travel within the United States

### Constitutional freedom

As early as the Articles of Confederation the Congress recognized freedom of movement (Article 4), though the right was thought to be so fundamental during the drafting of the Constitution as to not need explicit enumeration.[4]

The U.S. Supreme Court in *Crandall v. Nevada*, 73 U.S. 35 (https://supreme.justia.com/cases/federal/us/73/35/) (1868) declared that freedom of movement is a fundamental right and therefore a state cannot inhibit people from leaving the state by taxing them. In *United States v. Wheeler*. 254 U.S. 281 (1920), the Supreme Court reiterated its position that the Constitution did not grant the federal government the power to protect freedom of movement. However, *Wheeler* had a significant impact in other ways. For many years, the roots of the Constitution's "privileges and immunities" clause had only vaguely been determined.[5] In 1823, the circuit court in *Corfield* had provided a list of the rights (some fundamental, some not) which the clause could cover.[6][7] The *Wheeler* court dramatically changed this. It was the first to locate the right to travel in the privileges and immunities clause, providing the right with a specific guarantee of constitutional protection.[8] By reasoning that the clause derived from Article IV of the Articles of Confederation, the decision suggested a narrower set of rights than those enumerated in *Corfield*, but also more clearly defined those rights as absolutely fundamental.[9] The Supreme Court began rejecting *Wheeler's* reasoning within a few years. Finally, in *United States v. Guest*, 383 U.S. 745 (1966), the Supreme Court overruled Chief Justice White's conclusion that the federal government could protect the right to travel only against state infringement.[2][3][10]

The Supreme Court has specifically ruled that *Crandall* does not imply a right to use any particular *mode* of travel, such as driving an automobile. In *Hendrick v. Maryland* (1915), the appellant asked the court to void Maryland's motor vehicle statute as a violation of the freedom of movement. The court found "no solid foundation" for the appellant's argument and unanimously held that "in the absence of national legislation covering the subject, a state may rightfully prescribe uniform regulations necessary for public safety and order in respect to the operation upon its highways of all motor vehicles — those moving in interstate commerce as well as others."[11]

The U.S. Supreme Court also dealt with the right to travel in the case of *Saenz v. Roe*, 526 U.S. 489 (1999). In that case, Justice John Paul Stevens, writing for the majority, held that the United States Constitution protected three separate aspects of the right to travel among the states:

(1) the right to enter one state and leave another (an inherent right with historical support from the Articles of Confederation),

(2) the right to be treated as a welcome visitor rather than a hostile stranger (protected by the "Privileges and Immunities" clause in Article IV, § 2), and

(3) (for those who become permanent residents of a state) the right to be treated equally to native-born citizens (this is protected by the 14th Amendment's Privileges or Immunities Clause; citing the majority opinion in the Slaughter-House Cases, Justice Stevens said, "the Privileges or Immunities Clause of the Fourteenth Amendment ... has always been common ground that this Clause protects the third component of the right to travel.").

## Mann Act

The 1910 Mann Act (White-Slave Traffic Act) among other things banned the interstate transport of females for otherwise undefined "immoral purposes", which were taken to include consensual extramarital sex. This act was used, in addition to less controversial cases, to allow federal prosecution of unmarried couples who had for some reason come to the attention of the authorities; interracial couples (e.g. boxer Jack Johnson) and people with left-wing views (e.g. Charlie Chaplin) were prosecuted. The Act has since been amended to be gender-neutral and now applies only to sexual activity which is separately illegal (such as prostitution and sex with a minor).

## Implications

The court's establishment of a strong constitutional right to freedom of movement has had far-reaching effects. For example, the Supreme Court overturned state prohibitions on welfare payments to individuals who had not resided within the jurisdiction for at least one year as an impermissible burden on the right to travel in *Shapiro v. Thompson*, 394 U.S. 618 (1969). The court also struck down one-year residency requirements for voting in state elections in *Dunn v. Blumstein*, 405 U.S. 330 (1972); one-year waiting periods before receiving state-provided medical care in *Memorial Hospital v. Maricopa County*, 415 U.S. 250 (1974); and civil service preferences for state veterans in *Attorney Gen. of New York v. Soto-Lopez*, 476 U.S. 898 (1986). However, it upheld higher fishing and hunting license fees for out-of-state residents in *Baldwin v. Fish and Game Commission of Montana*, 436 U.S. 371 (1978).[12][13][14]

Current US Code addresses air travel specifically. In 49 U.S.C. § 40103 (https://www.law.cornell.edu/uscode/text/49/40103), "Sovereignty and use of airspace", the Code specifies that "A citizen of the United States has a public right of transit through the navigable airspace."

A strong right to freedom of movement may yet have even farther-reaching implications. The Supreme Court has acknowledged that freedom of movement is closely related to freedom of association and to freedom of expression. Strong constitutional protection for the right to travel may have significant implications for state attempts to limit abortion rights, ban or refuse to recognize same-sex marriages, and enact anti-crime or consumer protection laws. It may even undermine current court-fashioned concepts of federalism.[15][16][17][18][19]

## Free speech zones

A related issue deals with free speech zones designated during political protests. Although such zones were in use by the 1960s and 1970 due to the Vietnam-era protests, they were not widely reported in the media. However, the controversy over their use resurfaced during the 2001-2009 Bush presidency. In essence, Free Speech Zones prevent a person from having complete mobility as a consequence of their exercising their right to speak freely. Courts have accepted time, place, and manner restrictions on free speech in the United States, but such restrictions must be narrowly tailored, and free speech zones have been the subject of lawsuits.

# International travel

## History

From 1776 to 1783, no state government had a passport requirement. The Articles of Confederation government (1783–1789) did not have a passport requirement. From 1789 through late 1941, the government established under the Constitution required United States passports of citizens only during the American Civil War (1861–1865) and during and shortly after World War I (1914–1918). The passport requirement of the Civil War era lacked statutory authority. After the outbreak of World War I, passports were required by executive order,[20] though there was no statutory authority for the requirement. The Travel Control Act of May 22, 1918, permitted the president, when the United States was at war, to proclaim a passport requirement, and a proclamation was issued on August 18, 1918.[21] Though World War I ended on November 11, 1918, the passport requirement lingered until March 3, 1921.[22] There was an absence of a passport requirement under United States law between 1921 and 1941. World War II (1939–1945) again led to passport requirements under the Travel Control Act of 1918. A 1978 amendment to the Immigration and Nationality Act of 1952 made it illegal to enter or depart the United States without an issued passport even in peacetime.[23] Note that the amendment does permit the President to make exceptions; historically, these exceptions have been used to permit travel to certain countries (particularly Canada) without a passport. As of 2016-08-10, tourism sites still discuss which alternative documents are acceptable, and which ceased to be sufficient in 2007 or 2008.[24]

## Restrictions

As per § 215 of the Immigration and Nationality Act of 1952 (currently codified at 8 U.S.C. § 1185 (http s://www.law.cornell.edu/uscode/text/8/1185)), a United States citizen must enter or exit the United States on a valid United States passport.[25]

As per *Haig v. Agee* and the Passport Act of 1926 (currently codified at 22 U.S.C. § 211a (https://www.law.cornell.edu/uscode/text/22/211a) et seq.), the presidential administration may deny or revoke passports for foreign policy or national security reasons at any time. The Secretary of State has historically in times of peace refused passports for one of three reasons: citizenship or loyalty, criminal conduct, or when the applicant was seeking to "escape the toils of law". Laws and regulations on restricting passports have generally been categorized as personal restrictions or area restrictions and have generally been justified for national security or foreign policy reasons. Perhaps the most notable example of enforcement of this ability was the 1948 denial of a passport to U.S. Representative Leo Isacson, who sought to go to Paris to attend a conference as an observer for the American Council for a Democratic Greece, a communist front organization, because of the group's role in opposing the Greek government in the Greek Civil War.[26][27]

In *Kent v. Dulles*, 357 U.S. 116 (1958), the United States Secretary of State had refused to issue a passport to an American citizen based on the suspicion that the plaintiff was going abroad to promote communism (personal restrictions/national security). Although the court did not reach the question of constitutionality in this case, the court, in an opinion by Justice William O. Douglas, held that the federal government may not restrict the right to travel without due process:

> The right to travel is a part of the 'liberty' of which the citizen cannot be deprived without due process of law under the Fifth Amendment. If that "liberty" is to be regulated, it must be pursuant to the law-making functions of the Congress. ... Freedom of movement across frontiers in either direction, and inside frontiers as well, was a part of our heritage. Travel abroad, like travel within the country, ... may be as close to the heart of the individual as the choice of what he eats, or wears, or reads. Freedom of movement is basic in our scheme of values.

Six years later, the court struck down a federal ban restricting travel by communists in *Aptheker v. Secretary of State*, 378 U.S. 500 (1964). But the court struggled to find a way to protect national interests (such as national security) in light of these decisions. Just a year after *Aptheker*, the Supreme Court fashioned the rational basis test for constitutionality in *Zemel v. Rusk*, 381 U.S. 1 (1965) as a way of reconciling the rights of the individual with the interests of the state.[12]

## Restrictions as punishment

The Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA), codified at 42 USC 652(k), saw the beginning of restrictions on freedom of movement as a punishment for child support debtors. Constitutional challenges to these restrictions have thus far failed in *Weinstein v. Albright* and *Eunique v. Powell*. Federal appeals courts in the Second and Ninth circuits, although expressing due process concerns, have held that collection of child support is an important government interest, that the right to travel internationally was not a fundamental right and that laws restricting this right need not pass strict scrutiny. In a dissenting opinion in *Eunique*, Judge Andrew Kleinfeld categorized the measure as a punishment for unpaid debts. "This passport ban is more reasonably seen, in light of the penalties the states are required to impose for nonpayment of child support ... not as a means of facilitating collection, but as a penalty for past nonpayment." "All debtors should pay their debts. Debts for child support have special moral force. But that does not justify tossing away a constitutional liberty so important that it has been a constant of Anglo-American law since Magna Carta, and of civilized thought since Plato."

A number of constitutional scholars and advocates for reform strongly oppose restricting the human right to travel for a person who has committed no crime, and assert that the practice violates basic constitutional rights. Similarly, anyone claimed to be in arrears on child support can have certain types of vehicular driver's license revoked or suspended, severely restricting their freedom to travel.

Critics point to cases where the lapse in support payments was caused by loss of employment yet the response of revoking the right to freely travel by car further impedes the ability to resume payments by limiting the ability to find employment and travel to a workplace.

# International Bill of Human Rights

The International Bill of Human Rights is an informal name given to the Universal Declaration of Human Rights (adopted in 1948), the International Covenant on Civil and Political Rights (1966) with its two Optional Protocols, and the International Covenant on Economic, Social and Cultural Rights (1966).

Article 13 of the Universal Declaration of Human Rights reads:

> (1) Everyone has the right to freedom of movement and residence within the borders of each State.
> (2) Everyone has the right to leave any country, including his own, and to return to his country.

Article 12 of the International Covenant on Civil and Political Rights incorporates this right into treaty law:

> (1) Everyone lawfully within the territory of a State shall, within that territory, have the right to liberty of movement and freedom to choose his residence.
> (2) Everyone shall be free to leave any country, including his own.
> (3) The above-mentioned rights shall not be subject to any restrictions except those provided by law, are necessary to protect national security, public order (ordre publique), public health or morals or the rights and freedoms of others, and are consistent with the other rights recognized in the present Covenant.
> (4) No one shall be arbitrarily deprived of the right to enter his own country.

# See also

- United States labor law
- Universal Declaration of Human Rights
- European Union law

# Notes

1. "FindLaw's United States Supreme Court case and opinions" (https://caselaw.findlaw.com/us-supr eme-court/75/168.html). *Findlaw*. Retrieved July 2, 2019.
2. Duster, Michael J. "Criminal Justice System Reform Symposium: Note: Out of Sight, Out of Mind: State Attempts to Banish Sex Offenders". *Drake Law Review*. 53:711 (Spring 2005).
3. "Note: Membership Has Its Privileges and Immunities: Congressional Power to Define and Enforce the Rights of National Citizenship. *Harvard Law Review*. 102:1925 (June 1989).
4. [1] (http://www.usconstitution.net/constnot.html#travel) Mount, Steve; "Things That Are Not In the U.S. Constitution"
5. Bogen, David Skillen. *Privileges and Immunities: A Reference Guide to the United States Constitution*. Westport, Ct.: Praeger Press, 2003. ISBN 0-313-31347-4
6. Wadley, James B. "Indian Citizenship and the Privileges and Immunities Clauses of the United States Constitution: An Alternative to the Problems of the Full Faith and Credit and Comity?". *Southern Illinois University Law Journal*. 31:31 (Fall 2006).

7. Dunlap, Frank L. "Constitutional Law: Power of States to Prevent Entry of Paupers from Other States". *California Law Review*. 26:5 (July 1938).

8. Foscarinis, Maria. "Downward Spiral: Homelessness and Its Criminalization". *Yale Law & Policy Review*. 14:1 (1996).

9. Nelson, William E. *The Fourteenth Amendment: From Political Principle to Judicial Doctrine*. Cambridge, Mass.: Harvard University Press, 1988. ISBN 0-674-31625-8

10. *United States v. Guest*, 383 U.S. 745, 759, n.16.

11. *Hendrick v. Maryland*, 235 U.S. 610 (S. C. 1915).

12. Mode, Gregory J. "Comment: Wisconsin, A Constitutional Right to Intrastate Travel, and Anti-Cruising Ordinances". *Marquette Law Review*. 78:735 (Spring 1995).

13. Porter, Andrew C. "Comment: Toward a Constitutional Analysis of the Right to Intrastate Travel". *Northwestern University Law Review*. 86:820 (1992).

14. Zubler, Todd. "The Right to Migrate and Welfare Reform: Time for Shapiro v. Thompson to Take A Hike". *Valparaiso University Law Review*. 31:893 (Summer 1997).

15. Simon, Harry. "Towns Without Pity: A Constitutional and Historical Analysis of Official Efforts to Drive Homeless Persons From American Cities". *Tulane Law Review*. 66:631 (March 1992).

16. Kreimer, Seth F. "The Law of Choice and Choice of Law: Abortion, the Right to Travel, and Extraterritorial Regulation in American Federalism". *New York University Law Review*. 67:451 (June 1992).

17. Rosen, Mark D. "Extraterritoriality and Political Heterogeneity in American Federalism". *University of Pennsylvania Law Review*. 150:855 (January 2002).

18. Kreimer, Seth F. "Territoriality and Moral Dissensus: Thoughts on Abortion, Slavery, Gay Marriage and Family Values". *Bridgeport Law Review/Quinnipiac Law Review*. 16:161 (Spring/Summer 1996).

19. Hemmens, Craig and Bennett, Katherine. "Out in the Street: Juvenile Crime, Juvenile Curfews, and the Constitution". *Gonzaga Law Review*. 34:267 (1998/1999).

20. Executive Order 2285 of December 15, 1915; Executive Order 2341 of March 13, 1916.

21. Executive Order 2932 of August 18, 1918

22. Act of May 22, 1918, 40 Stat. 559 (https://legislink.org/us/stat-40-559); Proc. No. 1473, 40 Stat. 1829 (https://legislink.org/us/stat-40-1829); Act of March 3, 1921, 41 Stat. 1359 (https://legislink.org/us/stat-41-1359).

23. Haig v. Agee, 453 U.S. 280 (1981). § 707(b) of the Foreign Relations Authorization Act, Fiscal Year 1979 (Pub. L. 95–426 (https://uslaw.link/citation/us-law/public/95/426), 92 Stat. 993 (https://legislink.org/us/stat-92-993), enacted October 7, 1978), amended § 215 of the Immigration and Nationality Act of 1952 making it unlawful to enter or depart the United States without a passport even in peacetime.

24. "US Citizens do not need passports to cross the US-Canada border into Canada" (https://web.archive.org/web/20100227110025/http://www.wildernessisland.com/CanadaUSBorder.php). *www.wildernessisland.com*. Archived from the original (http://www.wildernessisland.com/CanadaUSBorder.php#.V6tkwvkrl-U) on February 27, 2010.

25. Capassakis, Evelyn (1981). "Passport Revocations or Denials on the Ground of National Security and Foreign Policy" (http://ir.lawnet.fordham.edu/cgi/viewcontent.cgi?article=2498&context=flr). *Fordham Law Review*. **49** (6): 1178–1196.

26. *Haig v. Agee*, 453 U.S. 280 (1981), at 302

27. "Foreign Relations: Bad Ammunition" (https://web.archive.org/web/20110201135515/http://www.time.com/time/magazine/article/0,9171,779776,00.html). *Time*. April 12, 1948. Archived from the original (http://www.time.com/time/magazine/article/0,9171,779776,00.html) on February 1, 2011.

Retrieved from "https://en.wikipedia.org/w/index.php?
title=Freedom_of_movement_under_United_States_law&oldid=1180356617"

**PROPERTY RECEIPT**

_____
(Name of person given receipt)

_____
(Address)


On _____, _____ (yr), at _____(location) I took into custody the property and things listed below:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____


| Signature of Officer | Badge No. | Date | Law Enforcement Agency |

Property Receipt received by: _____

Check if recipient refused to sign ❏

Check if no one present to sign ❏

| Original to Prosecuting Agency | Pink Copy to Law Enforcement Agency | Yellow Copy to Claimant |

I.C.R._____

© 8/2012 Minnesota County Attorneys Association

# *State of North Dakota*
## SECRETARY OF STATE

## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country:   UNITED STATES OF AMERICA

**This public document**

2. has been signed by  Darin J Meschke

3. acting in the capacity of  STATE REGISTRAR

4. bears the seal/stamp of  NORTH DAKOTA DEPARTMENT OF HEALTH

**Certified**

5. at   BISMARCK, ND                    6.  the  25TH DAY OF SEPTEMBER, 202

7. by  MICHAEL HOWE, SECRETARY OF STATE, STATE OF NORTH DAKOTA

8. No: 000016632746

9. Seal/Stamp



10. Signature:

*Michael Howe*

Michael Howe
Secretary of State

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public official bears.

This Apostille does not certify the content of the document for which it was issued.

This Apostille is not valid for use anywhere within the United States of America, its territories or possessions.

To verify the issuance of this Apostille, go to FirstStop.sos.nd.gov/apostille.

**This certificate does not constitute an apostille under the Convention of 5 October 1961 Abolishing the Requirement of Legalisation for Foreign Public Documents for those countries that have neither ratified nor acceded to that Convention, and remains subject to additional applicable authentication requirements.**



# U.S. SUPREME COURT AND OTHER HIGH COURT CITATIONS PROVING THAT NO LICENSE IS NECESSARY FOR NORMAL USE OF AN AUTOMOBILE ON COMMON WAYS

"The right of a citizen to travel upon the public highways and to transport his property thereon, by horsedrawn carriage, wagon, or automobile, is not a mere privilege which may be permitted or prohibited at will, but a common right which he has under his right to life, liberty and the pursuit of happiness. Under this constitutional guaranty one may, therefore, under normal conditions, travel at his inclination along the public highways or in public places, and while conducting himself in an orderly and decent manner, neither interfering with nor disturbing another's rights, he will be protected, not only in his person, but in his safe conduct."

**Thompson v. Smith**, 154 SE 579, 11 American Jurisprudence, Constitutional Law, section 329, page 1135 "The right of the Citizen to travel upon the public highways and to transport his property thereon, in the ordinary course of life and business, is a common right which he has under the right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety. It includes the right, in so doing, to use the ordinary and usual conveyances of the day, and under the existing modes of travel, includes the right to drive a horse drawn carriage or wagon thereon or to operate an automobile thereon, for the usual and ordinary purpose of life and business." –

**Thompson vs. Smith**, supra.; Teche Lines vs. Danforth, Miss., 12 S.2d 784 "… the right of the citizen to drive on a public street with freedom from police interference… is a fundamental constitutional right" -White, 97 Cal.App.3d.141, 158 Cal.Rptr. 562, 566-67 (1979) "citizens have a right to drive upon the public streets of the District of Columbia or any other city absent a constitutionally sound reason for limiting their access."

**Caneisha Mills v. D.C.** 2009 "The use of the automobile as a necessary adjunct to the earning of a livelihood in modern life requires us in the interest of realism to conclude that the RIGHT to use an automobile on the public highways partakes of the nature of a liberty within the meaning of the Constitutional guarantees. . ."



**Berberian v. Lussier** (1958) 139 A2d 869, 872, See also: Schecter v. Killingsworth, 380 P.2d 136, 140; 93 Ariz. 273 (1963). "The right to operate a motor vehicle [an automobile] upon the public streets and highways is not a mere privilege. It is a right of liberty, the enjoyment of which is protected by the guarantees of the federal and state constitutions."

**Adams v. City of Pocatello**, 416 P.2d 46, 48; 91 Idaho 99 (1966). "A traveler has an equal right to employ an automobile as a means of transportation and to occupy the public highways with other vehicles in common use."

**Campbell v. Walker**, 78 Atl. 601, 603, 2 Boyce (Del.) 41. "The owner of an automobile has the same right as the owner of other vehicles to use the highway,* * * A traveler on foot has the same right to the use of the public highways as an automobile or any other vehicle."

**Simeone v. Lindsay**, 65 Atl. 778, 779; Hannigan v. Wright, 63 Atl. 234, 236. "The RIGHT of the citizen to DRIVE on the public street with freedom from police interference, unless he is engaged in suspicious conduct associated in some manner with criminality is a FUNDAMENTAL CONSTITUTIONAL RIGHT which must be protected by the courts." People v. Horton 14 Cal. App. 3rd 667 (1971) "The right to make use of an automobile as a vehicle of travel long the highways of the state, is no longer an open question. The owners thereof have the same rights in the roads and streets as the drivers of horses or those riding a bicycle or traveling in some other vehicle."

**House v. Cramer**, 112 N.W. 3; 134 Iowa 374; Farnsworth v. Tampa Electric Co. 57 So. 233, 237, 62 Fla. 166. "The automobile may be used with safety to others users of the highway, and in its proper use upon the highways there is an equal right with the users of other vehicles properly upon the highways. The law recognizes such right of use upon general principles.

**Brinkman v Pacholike**, 84 N.E. 762, 764, 41 Ind. App. 662, 666. "The law does not denounce motor carriages, as such, on public ways. They have an equal right with other vehicles in common use to occupy the streets and roads. It is improper to say that the driver of the horse has rights in the roads superior to the driver of the automobile. Both have the right to use the easement."

**Hillhouse v United States**, 152 F. 163, 164 (2nd Cir. 1907). "…a citizen has the right to travel upon the public highways and to transport his property thereon…" **State vs. Johnson**, 243 P. 1073; **Cummins vs. Homes**, 155 P. 171; **Packard vs. Banton**, 44 S.Ct. 256; **Hadfield vs. Lundin**, 98 Wash 516, **Willis vs. Buck**, 263 P. l 982;

**Barney vs. Board of Railroad Commissioners**, 17 P.2d 82 "The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and fundamental Right of which the public and the individual cannot be rightfully deprived."

**Chicago Motor Coach vs. Chicago**, 169 NE 22; Ligare vs. Chicago, 28 NE 934; Boon vs. Clark, 214 SSW 607; 25 Am.Jur. (1st) Highways Sect.163 "the right of the Citizen to travel upon the highway and to transport his property thereon in the ordinary course of life and business… is the usual and ordinary right of the Citizen, a right common to all." −

Ex Parte Dickey, (**Dickey vs. Davis**), 85 SE 781 "Every Citizen has an unalienable RIGHT to make use of the public highways of the state; every Citizen has full freedom to travel from place to place in the enjoyment of life and liberty." **People v. Nothaus**, 147 Colo. 210. "No State government entity has the power to allow or deny passage on the highways, byways, nor waterways… transporting his vehicles and personal property for either recreation or business, but by being subject only to local regulation i.e., safety, caution, traffic lights, speed limits, etc. Travel is not a privilege requiring licensing, vehicle registration, or forced insurances."

**Chicago Coach Co. v. City of Chicago**, 337 Ill. 200, 169 N.E. 22. "Traffic infractions are not a crime." **People v. Battle** "Persons faced with an unconstitutional licensing law which purports to require a license as a prerequisite to exercise of right… may ignore the law and engage with impunity in exercise of such right."

**Shuttlesworth v. Birmingham** 394 U.S. 147 (1969). U.S. Supreme Court says No License Necessary To Drive Automobile On Public Highways/Streets No License Is Necessary Copy and Share Freely YHVH.name 3 "The word 'operator' shall not include any person who solely transports his own property and who transports no persons or property for hire or compensation."

Statutes at Large California Chapter 412 p.83 "Highways are for the use of the traveling public, and all have the right to use them in a reasonable and proper manner; the use thereof is an inalienable right of every citizen." **Escobedo v. State** 35 C2d 870 in 8 Cal Jur 3d p.27 "RIGHT — A legal RIGHT, a constitutional RIGHT means a RIGHT protected by the law, by the constitution, but government does not create the idea of RIGHT or original RIGHTS; it acknowledges them. . . " Bouvier's Law Dictionary, 1914, p. 2961. "Those who have the right to do something cannot be licensed for what they already have right to do as such license would be meaningless."

**City of Chicago v Collins** 51 NE 907, 910. "A license means leave to do a thing which the licensor could prevent." **Blatz Brewing Co. v. Collins**, 160 P.2d 37, 39; 69 **City of Chicago v Collins** 51 NE 907, 910. "A license means leave to do a thing which the licensor could prevent." **Blatz Brewing Co. v. Collins**, 160 P.2d 37, 39; 69 Cal. A. 2d 639. "The object of a license is to confer a right or power, which does not exist without it."

**Payne v. Massey** (19__) 196 SW 2nd 493, 145 Tex 273. "The court makes it clear that a license relates to qualifications to engage in profession, business, trade or calling; thus, when merely traveling without compensation or profit, outside of business enterprise or adventure with the corporate state, no license is required of the natural individual traveling for personal business, pleasure and transportation."

**Wingfield v. Fielder** 2d Ca. 3d 213 (1972). "If [state] officials construe a vague statute unconstitutionally, the citizen may take them at their word, and act on the assumption that the statute is void." –

**Shuttlesworth v. Birmingham** 394 U.S. 147 (1969). "With regard particularly to the U.S. Constitution, it is elementary that a Right secured or protected by that document cannot be overthrown or impaired by any state police authority." **Donnolly vs. Union Sewer Pipe Co.,** 184 US 540; **Lafarier vs. Grand Trunk R.R. Co.**, 24 A. 848; **O'Neil vs. Providence Amusement Co.,** 108 A. 887. "The right to travel (called the right of free ingress to other states, and egress from them) is so fundamental that it appears in the Articles of Confederation, which governed our society before the Constitution."

(**Paul v. Virginia**). "[T]he right to travel freely from State to State ... is a right broadly assertable against private interference as well as governmental action. Like the right of association, it is a virtually unconditional personal right, guaranteed by the Constitution to us all." (U.S. Supreme Court,

**Shaprio v. Thompson**). EDGERTON, Chief Judge: "Iron curtains have no place in a free world. ...'Undoubtedly the right of locomotion, the right to remove from one place to another according to inclination, is an attribute of personal liberty, and the right, ordinarily, of free transit from or through the territory of any State is a right secured by the Constitution.'

**Williams v. Fears**, 179 U.S. 270, 274, 21 S.Ct. 128, 45 L.Ed. 186. "Our nation has thrived on the principle that, outside areas of plainly harmful conduct, every American is left to shape his own life as he thinks best, do what he pleases, go where he pleases." Id., at 197.

**Kent vs. Dulles** see Vestal, Freedom of Movement, 41 Iowa L.Rev. 6, 13—14. "The validity of restrictions on the freedom of movement of particular individuals, both substantively and procedurally, is precisely the sort of matter that is the peculiar domain of the courts." Comment, 61 Yale L.J. at page 187. "a person detained for an investigatory stop can be questioned but is "not obliged to answer, answers may not be compelled, and refusal to answer furnishes no basis for an arrest."Justice White, Hiibel "Automobiles have the right to use the highways of the State on an equal footing with other vehicles."

**Cumberland Telephone. & Telegraph Co. v. Yeiser** 141 Kentucy 15. "Each citizen has the absolute right to choose for himself the mode of conveyance he desires, whether it be by wagon or carriage, by horse, motor or electric car, or by bicycle, or astride of a horse, subject to the sole condition that he will observe all those requirements that are known as the law of the road."

**Swift v. City of Topeka**, 43 U.S. Supreme Court says No License Necessary To Drive Automobile On Public Highways/Streets No License Is Necessary Copy and Share Freely YHVH.name 4 Kansas 671, 674. The Supreme Court said in **U.S. v Mersky** (1960) 361 U.S. 431: An administrative regulation, of course, is not a "statute." A traveler on foot has the same right to use of the public highway as an automobile or any other vehicle.

**Cecchi v. Lindsay**, 75 Atl. 376, 377, 1 Boyce (Del.) 185. Automotive vehicles are lawful means of conveyance and have equal rights upon the streets with horses and carriages.

**Chicago Coach Co. v. City of Chicago**, 337 Ill. 200, 205; See also: Christy v. Elliot, 216 Ill. 31; Ward v. Meredith, 202 Ill. 66; **Shinkle v. McCullough**, 116 Ky. 960; **Butler v. Cabe**, 116 Ark. 26,

.

particular individual, or that the
seizure must be carried out pursuant to a plan embodying explicit, neutral limitations
on the conduct of individual officers

**Hurtado v. California** , 110 U.S. 516. The State cannot diminish rights of the people.

# Practicing Law Without A License

**NAACP vs Button** the Court held that the activities of the NAACP amounted to "modes of expression and association protected by the First and Fourteenth Amendments which Virginia may not prohibit." NAACP-initiated litigation was "a form of political expression" and not "a technique of resolving private differences,"

**Schware v. Board of Examiners**, 353 U.S. 232 (1957). There is no such thing as an Attorney License to practice law. The UNITED STATES SUPREME COURT held a long time ago that 'The practice of Law CANNOT be licensed by any state/State.'

"A State cannot exclude a person from the practice of law or from any other occupation in a manner or for reasons that contravene the Due Process or Equal Protection [353 U.S. 232, 239] Clause of the Fourteenth Amendment.

Further, as a CERTIFICATE IS NOT A LICENSE then it also gives no power to anyone to practice Law AS AN OCCUPATION, nor to DO BUSINESS AS A LAW FIRM.

**Sims v. Ahrens**, 271 S.W. 720 (1925) "The practice of Law is an occupation of common right." Further, The state bar association is not a government entity. The state bar ass...is "PROFESSIONAL ASSOCIATION" and their "STATE BAR" CARD IS NOT A LICENSE either. All that card is – is a "UNION DUES CARD" like the Actors Union, Painters Union, Electricians union etc.

28-29. ...automobiles are lawful vehicles and have equal rights on the highways with horses and carriages. Daily v. Maxwell, 133 S.W. 351, 354.

**Matson v. Dawson**, 178 N.W. 2d 588, 591. A farmer has the same right to the use of the highways of the state, whether on foot or in a motor vehicle, as any other citizen.

**Draffin v. Massey**, 92 S.E.2d 38, 42. Persons may lawfully ride in automobiles, as they may lawfully ride on bicycles. Doherty v. Ayer, 83 N.E. 677, 197 Mass. 241, 246;

**Molway v. City of Chicago,** 88 N.E. 485, 486, 239 Ill. 486; Smiley v. East St. Louis Ry. Co., 100 N.E. 157, 158. "A soldier's personal automobile is part of his 'household goods[.]'

**U.S. v Bomar**, C.A.5(Tex.), 8 F.3d 226, 235" 19A Words and Phrases – Permanent Edition (West) pocket part 94. "[I]t is a jury question whether ... an automobile ... is a motor vehicle[.]"

United States v Johnson, 718 F.2d 1317, 1324 (5th Cir. 1983). Other right to use an automobile cases: –

EDWARDS VS. CALIFORNIA, 314 U.S. 160 –

TWINING VS NEW JERSEY, 211 U.S. 78 – WILLIAMS VS. FEARS, 179 U.S. 270, AT 274 – CRANDALL VS. NEVADA, 6 WALL. 35, AT 43-44 – THE PASSENGER CASES, 7 HOWARD 287, AT 492 – U.S. VS. GUEST, 383 U.S. 745, AT 757-758 (1966) –

GRIFFIN VS. BRECKENRIDGE, 403 U.S. 88, AT 105-106 (1971) – CALIFANO VS. TORRES, 435 U.S. 1, AT 4, note 6 –

SHAPIRO VS. THOMPSON, 394 U.S. 618 (1969) – CALIFANO VS. AZNAVORIAN, 439 U.S. 170, AT 176 (1978) Look the above citations up in American Jurisprudence. Some citations may be paraphrased.

# Supreme Court Case

**MARBURY V. MADISON**, 5 U.S. 137. "The constitution of the United States is the supreme law of the land. Any in conflict is null and void of law." [emphasis added]

**Miranda vs. Arizona**, 384 US 436, 491 "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."

**MURDOCK v. PENNSYLVANIA**, 319 U.S. 105 Can the state arbitrarily convert a secured liberty, [insert your recognized right here], into a privilege, and issue a license and fee for it? NO: "No state may convert a secured liberty into a privilege, and issue a license and fee for it."

**SHUTTLESWORTH V. BIRMINGHAM, ALABAMA**, 373 U.S. 262 If a state does attempt to convert the right into a privilege and attempts to issue a license and fee for the exercise of that privilege; can it be enforced as law? NO: "If the state does convert a right into a privilege and issue a license and charge a fee for it, you can ignore the license and fee and engage in the right with impunity."

**U.S. v. BISHOP**, 412 U.S. 346. Did you willfully and with intent violate the law? NO: "Willfulness is one of the major elements, which is required to be proven in any criminal element. You will have to prove (1) that you are the party (2) that you had a method or opportunity to do the thing, and (3) that you did so with willful intent. Willful is defined as an evil motive or intent to avoid a known duty or task under the law."

**Kent v. Dulles**, 357 U.S. 116, 125. The right to travel is a part of the "liberty" of which the citizen cannot be deprived without due process of law under the Fifth Amendment. So much is conceded by the solicitor general. In Anglo Saxon law that right was emerging at least as early as Magna Carta. Kent v. Dulles, 357 U.S. 116, 125.

**People vs Battle** Traffic infractions are not a crime." People v. Battle, 50 Cal. App. step 1, Super, 123 Cal. Rptr. 636, "Traffic infractions are not a crime." People v. Battle "To this end, the Fourth Amendment requires that a seizure must be based on specific objective facts indicating that society's legitimate interests require the seizure of the

# Travel vs. Driving

**SHAPIRO v. THOMPSON** 394 US 618 "All citizens must be free to travel throughout the United States uninhibited by statutes, rules, and regulations..."

**THOMPSON v. SMITH**, 155 Va 367 "The RIGHT of the citizen TO TRAVEL UPON THE PUBLIC HIGHWAYS and to transport his property thereon, either by horse-drawn carriage OR BY AUTOMOBILE, IS NOT A MERE PRIVILEGE which the city may prohibit or permit at will, BUT IS A COMMON RIGHT."

**CHICAGO MOTOR COACH v. CHICAGO**, 169 NE 221 Chicago , 337 Ill. 200, 169 NE 22, 66 ALR 834.  Ligare v. Chicago , 139 Ill. 46, 28 NE 934.   Boone v. Clark JUR (1st) Highways, Sec. 163. , 214 SW 607; 25 A M "The use of the highway for the purpose of travel and transportation is not a mere privilege, but a common fundamental right of which the public and individuals cannot rightfully be deprived."

**SHUTTLESWORTH v. BIRMINGHAM, ALABAMA**, 373 US 262 "If the state does convert your right into a privilege and issue a license and charge a fee for it, you can ignore the license and fee and engage in the right with impunity."

# My car is NOT a "Motor Vehicle"

**USC Title 18, § 31(6)** - Definition of "**Motor Vehicle**": "The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers and property, or property or cargo."

**USC Title 18, § 31(10)** - Definition of "**Commercial Purposes**": "The term "used for commercial purposes" means the carriage of the persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking for profit."

**Indiana Springs Co. v. Brown**, 165 Ind. 465, 468. U.S. Supreme Court says No License Necessary To Drive Automobile On Public Highways/Streets No License Is Necessary Copy and Share Freely YHVH.name 2 2 "A highway is a public way open and free to any one who has occasion to pass along it on foot or with any kind of vehicle." **Schlesinger v. City of Atlanta**, 129 S.E. 861, 867, 161 Ga. 148, 159;

**Holland v. Shackelford**, 137 S.E. 2d 298, 304, 220 Ga. 104; **Stavola v. Palmer**, 73 A.2d 831, 838, 136 Conn. 670 "There can be no question of the right of automobile owners to occupy and use the public streets of cities, or highways in the rural districts." **Liebrecht v. Crandall**, 126 N.W. 69, 110 Minn. 454, 456 "The word 'automobile' connotes a pleasure vehicle designed for the transportation of persons on highways."

**American Mutual Liability Ins. Co., vs. Chaput**, 60 A.2d 118, 120; 95 NH 200 Motor Vehicle: 18 USC Part 1 Chapter 2 section 31 definitions: "(6) Motor vehicle. – The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways..." 10) The term "used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking intended for profit. "A motor vehicle or automobile for hire is a motor vehicle, other than an automobile stage, used for the transportation of persons for which remuneration is received."

**International Motor Transit Co. vs. Seattle**, 251 P. 120 The term 'motor vehicle' is different and broader than the word 'automobile.'"

**City of Dayton vs. DeBrosse**, 23 NE.2d 647, 650; 62 Ohio App. 232 "Thus self-driven vehicles are classified according to the use to which they are put rather than according to the means by which they are propelled" – Ex Parte Hoffert, 148 NW 20 "

The Supreme Court, in **Arthur v. Morgan**, 112 U.S. 495, 5 S.Ct. 241, 28 L.Ed. 825, held that carriages were properly classified as household effects, and we see no reason that automobiles should not be similarly disposed of."

So your car, SUV, or motorcycle is only a "commercial vehicle" if you are getting paid to "drive" it. If you are only using it to travel around to go to work, school, groceries, or any other private reason then it IS NOT A "MOTOR VEHICLE".

Here is the dilemma, when the government started requiring the commercial vehicles to be registered and licensed it made that a regulable activity for that purpose. They made everyone else believe it was the same for the general public. The police, you and all your friends are taught that you are always 'operating' a 'motor vehicle' which are both commercial regulable activities.

May the state change the definition of a word or term (MOTOR VEHICLE) from the original meaning (USC Title 18, § 31 (6) to another definition to fit their own needs?  NO:

**CRAIG v. MISSOURI**, U S 29, 410 The state cannot change the meaning of "motor vehicle" and "driver" to fit their own needs: "Is the proposition to be maintained, that the constitution meant to prohibit names and not things? That a very important act, big with great and ruinous mischief which is expressly forbidden by words most appropriate for its description; may be performed by the substitution of a name? That the constitution, in one of its most important provisions, may be openly evaded by giving a new name to an old thing? We cannot think so." […The State] cannot change the name of a thing to avoid the mandates of the Constitution.]"

What the United States Supreme Court, the highest court in the land, says here is that the state cannot change the meaning of "person traveling" to "driver",  and they cannot change the name or term of "private car," "pickup" or "motorcycle" to "Motor Vehicle". C

LII > U.S. Code > Title 18 > PART I > CHAPTER 77 **> § 1589**

Quick search by citation:
**Title**

enter title

**Section**

section

Go!

# 18 U.S. Code § 1589 - Forced labor

U.S. Code    Notes

**(a)** Whoever knowingly provides or obtains the labor or services of a person by any one of, or by any combination of, the following means—

**(1)** by means of force, threats of force, physical restraint, or threats of physical restraint to that person or another person;

**(2)** by means of serious harm or threats of serious harm to that person or another person;

**(3)** by means of the abuse or threatened abuse of law or legal process; or

**(4)** by means of any scheme, plan, or pattern intended to cause the person to believe that, if that person did not perform such labor or services, that person

or another person would suffer serious harm or physical restraint,

shall be punished as provided under subsection (d).

**(b)** Whoever knowingly benefits, financially or by receiving anything of value, from participation in a venture which has engaged in the providing or obtaining of labor or services by any of the means described in subsection (a), knowing or in reckless disregard of the fact that the venture has engaged in the providing or obtaining of labor or services by any of such means, shall be punished as provided in subsection (d).

**(c)** In this section:

**(1)** The term "abuse or threatened abuse of law or legal process" means the use or threatened use of a law or legal process, whether administrative, civil, or criminal, in any manner or for any purpose for which the law was not designed, in order to exert pressure on another person to cause that person to take some action or refrain from taking some action.

**(2)** The term "serious harm" means any harm, whether physical or nonphysical, including psychological, financial, or reputational harm, that is sufficiently serious, under all the surrounding circumstances, to compel a reasonable person of the same background and in the same circumstances to perform or to continue performing labor or services in order to avoid incurring that harm.

**(d)** Whoever violates this section shall be fined under this title, imprisoned not more than 20 years, or both. If death results from a violation of this section, or if the violation includes kidnaping, an attempt to kidnap, aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title, imprisoned for any term of years or life, or both.

(Added Pub. L. 106–386, div. A, §112(a)(2), Oct. 28, 2000, 114 Stat. 1486; amended Pub. L. 110–457, title II, §222(b)(3), Dec. 23, 2008, 122 Stat. 5068.)