9589 0710 5270 0890 2590 73

Retail 
U.S. POSTAGE PAID
PM
SHAKOPEE, MN 55379
JUN 01, 2024
55415
$18.40
RDC 03
R2304M112193-5

FROM:

Joshua-J. Coonradt
c/o 735 Atwood Street South
Shakopee, Minnesota USA

TO:

U.S. Courthouse
300 South Fourth Street
Suite 202
Minneapolis MN 55415

RECEIVED BY MAIL
JUN - 3 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUN 03 2024
U.S. DISTRICT COURT MPLS



PRIORITY MAIL • TRACKED • INSURED
UNITED STATES POSTAL SERVICE
For Domestic and International Use   Label 107R, May 2014

ReadyPost

ATTN: Honorable Patrick J. Schiltz — Classified Information